**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Cal Bar No. 330990
1925 Century Park E, Ste 1700
Los Angeles, CA 90067-2740
scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq. (*pro hac vice forthcoming*)
14 N.E. 1st Avenue, Suite 705
Miami, FL 33132
ashamis@shamisgentile.com

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH TAMRAZ, JR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> REDDIT, INC., STEVEN HUFFMAN, ANDREW VOLLERO, and JENNIFER WONG, <br><br> Defendants. | Case No. 3:25-cv-05144-JD <br><br> **DECLARATION OF SCOTT EDELSBERG IN SUPPORT OF MOTION TO APPOINT DANISH IQBAL AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** |

DECLARATION OF SCOTT EDELSBERG IN SUPPORT OF MOTION TO APPOINT LEAD
PLAINTIFF
1

Scott Edelsberg, hereby declares;

1.	I am the Managing Partner of Edelsberg Law, P.A., proposed Co-Lead Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of the motion of Danish Iqbal ("Movant") to be appointed Lead Plaintiff for the Class and for approval of Lead Plaintiff's selection of Shamis & Gentile, P.A. and Edelsberg Law, P.A. as Co-Lead Counsel for the Class.

2.	Attached hereto as Exhibit 1 is a true and correct copy of a PSLRA early notice.

3.	Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.	Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.	Attached hereto as Exhibit 4 is a copy of the firm resume of Shamis & Gentile, P.A.

6.	Attached hereto as Exhibit 5 is a copy of the firm resume of Edelsberg Law, P.A.

I declare under the penalty of perjury that the foregoing is true and correct.

DECLARATION OF SCOTT EDELSBERG IN SUPPORT OF MOTION TO APPOINT LEAD PLAINTIFF

2

Dated: August 18, 2025                    Respectfully Submitted,

**EDELSBERG LAW, P.A.**
By: */s/ Scott Edelsberg*
Scott Edelsberg (SBN 330990)
Gabriel Mandler (pro hac vice forthcoming)
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: (786) 289-9471
Fax: (786) 623-0915
Email: scott@edelsberglaw.com
Email: gabe@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis (pro hac vice forthcoming)
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
Email: ashamis@shamisgentile.com

*[Proposed] Co-Lead Counsel for Movant
and the Class*

DECLARATION OF SCOTT EDELSBERG IN SUPPORT OF MOTION TO APPOINT LEAD
PLAINTIFF
3

## <u>CERTIFICATE OF SERVICE BY ELECTRONIC MEANS</u>

I, the undersigned, state:

I am not a party to the above case and am over eighteen years old. On August 18, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed in the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2025, at Miami, Florida.

.

_/s/Scott Edelsberg_
Scott Edelsberg