# EXHIBIT 2

## PLAINTIFF'S SWORN CERTIFICATION
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Danish Iqbal, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification and to institute legal action against Reddit, Inc. ("Reddit") and other defendants.  I have reviewed a complaint filed against Reddit and other defendants, alleging violations of the federal securities laws on behalf of all those who purchased or otherwise acquired Reddit securities, and authorize its filing and the filing of a Lead Plaintiff motion.

2.      I did not purchase or acquire Reddit securities at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.

4.      My transactions in Reddit securities during the Class Period are identified in the annexed table.

5.      I have not served nor sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years.

6.      I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June, 2025.

_____
Danish Iqbal

Doc ID: 4a94df47eaacb1a1d1bbc03082016a19492eece4

**ANNEX**

**TABLE OF TRANSACTIONS**

**Reddit, Inc.**
**NYSE:RDDT**

| Ticker | Date | Trans Type | No. Shares | Price |
|--------|------|------------|------------|-------|
| RDDT | 2/12/2025 | Buy | 100 | $ 217.16 |
| RDDT | 2/11/2025 | Buy | 50 | $ 219.65 |
| RDDT | 11/11/2024 | Buy | 200 | $ 132.16 |
| RDDT | 11/11/2024 | Buy | 250 | $ 132.09 |
| RDDT | 4/9/2025 | Sell | 100 | $ 109.25 |
| RDDT | 4/24/2025 | Sell | 150 | $ 124.25 |