# EXHIBIT 3

**Reddit, Inc. (NYSE:RDDT)**
**Class Period: 10/29/2024 - 5/20/2025**

**Lookback**
**Price**
$149.16

| Movant | Date Purchased | Share Qty. | Price Per Share | Total | Date Sold | Share Qty. | Price Per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Danish Iqbal | 2/12/2025 | 100 | $217.16 | ($21,716) | 4/9/2025 | 100 | $109.25 | $10,925 | | | |
| | 2/11/2025 | 50 | $219.65 | ($10,983) | 4/24/2025 | 150 | $124.25 | $18,638 | | | |
| | 11/11/2024 | 200 | $132.16 | ($26,432) | | | | | | | |
| | 11/11/2024 | 250 | $132.09 | ($33,023) | | | | | | | |
| **Danish Iqbal** | | **600** | | **($92,153)** | | **250** | | **$29,563** | **350** | **$52,205** | **($10,385)** |