**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (SBN #270796)
Charles H. Linehan (SBN #307439)
Pavithra Rajesh (SBN #323055)
1925 Century Park East, Suite 2100
Los Angeles, California, 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
Email: clinehan@glancylaw.com
Email: prajesh@glancylaw.com

*[Proposed] Liaison Counsel for Plaintiff and the Class*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH TAMRAZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDDIT, INC., STEVEN HUFFMAN, ANDREW VOLLERO, and JENNIFER WONG,<br><br>　　　　　Defendants. | Case No. 3:25-cv-05144-JD<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF MOVANT PHLEXICON PHLEXICON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: James Donato<br>Hearing: September 25, 2025<br>Time: 10:00 a.m.<br>Courtroom: 11 – 19th Floor (San Francisco) |

I, Charles H. Linehan, declare:

1.　　I am an attorney duly licensed to practice in the State of California and before this Court. I am an attorney with the law firm of Glancy Prongay & Murray LLP, liaison counsel for movant Phlexicon Phlexicon ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's choice of counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934. I have

1

personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.;

Exhibit 5:    The firm resume of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of August 2025.

**GLANCY PRONGAY & MURRAY LLP**

/s/ Charles H. Linehan
Charles H. Linehan, Esq. (SBN #307439)

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (*pro hac vice* to be submitted)
Christie Buzzetti, Esq. (*pro hac vice* to be submitted)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: philkim@rosenlegal.com
Email: cbuzzetti@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

2

DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF MOVANT PHLEXICON PHLEXICON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL –
Case No. 3:25-cv-05144-JD

**PROOF OF SERVICE**

I, Charles H. Linehan, hereby declare under penalty of perjury as follows:

I am not a party to the above case and I am over the age of eighteen.

On August 18, 2025, I electronically filed the following **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF MOVANT PHLEXICON PHLEXICON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 18th, 2025.

/s/Charles H. Linehan
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF MOVANT PHLEXICON
PHLEXICON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL –
Case No. 3:25-cv-05144-JD