# Exhibit 3

**Reddit, Inc. Loss Chart**
**Class Period: October 29, 2024 through May 20, 2025**

| | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $150.68 |
| Phlexicon Phlexicon | 1/17/2025 | 1500 | ($173.95) | ($260,925.00) | 2/10/2025 | 1000 | $223.73 | $223,730.00 | | | |
| | 2/5/2025 | 1000 | ($212.00) | ($212,000.00) | 4/11/2025 | 2700 | $100.71 | $271,917.00 | | | |
| | 2/12/2025 | 1250 | ($218.55) | ($273,187.50) | 5/19/2025 | 5450 | $108.82 | $593,069.00 | | | |
| | 2/13/2025 | 1250 | ($200.00) | ($250,000.00) | 6/4/2025 | 625 | $150.68 | $94,172.03 | | | |
| | 5/15/2025 | 1000 | ($115.00) | ($115,000.00) | 6/24/2025 | 625 | $150.68 | $94,172.03 | | | |
| | 5/15/2025 | 1000 | ($114.50) | ($114,500.00) | | | | | | | |
| | 5/15/2025 | 700 | ($114.00) | ($79,800.00) | | | | | | | |
| | 5/16/2025 | 2700 | ($112.98) | ($305,046.00) | | | | | | | |
| | | 10400 | | ($1,610,458.50) | | 10400 | | $1,053,330.06 | 0 | $0.00 | ($557,128.44) |