UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY JOSEPH TAMRAZ, JR., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:25-cv-05144-JD |
| | ) ) | **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF** |
| Plaintiff, | ) ) | **AND LEAD COUNSEL** |
| v. | ) ) | <u>CLASS ACTION</u> |
| | ) ) | |
| REDDIT, INC., STEVEN HUFFMAN, ANDREW VOLLERO, and JENNIFER WONG, | ) ) ) | Judge: James Donato |
| | ) ) | |
| Defendants. | | |

WHEREAS, the above-captioned securities class action has been filed against Reddit, Inc., Steven Huffman, Andrew Vollero, and Jennifer Wong, alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), on June 18, 2025, a notice was issued to potential class members, notifying them of the action and informing them of their right to move to serve as Lead Plaintiff within 60 days of the date of the issuance of said notice;

1

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL
3:25-CV-05144-JD

WHEREAS, on August 18, 2025, movant Phlexicon Phlexicon ("Movant") timely filed a motion to be appointed as Lead Plaintiff and to approve Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Glancy Prongay & Murray LLP as Liaison Counsel;

WHEREAS, movants Ian Hauman and Danish Iqbal stated their respective non-oppositions to Movant's motion (Dkt. Nos. 32, 33), and the Court therefor terminated their lead plaintiff motions (Dkt. No. 39);

WHEREAS, Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds and Local 272 Labor-Management Pension Fund withdrew their lead plaintiff motion (Dkt. No. 35);

WHEREAS, on September 22, 2025, the Court vacated the hearing set for September 25, 2025 because Movant is the only remaining applicant to serve as Lead Plaintiff (Dkt. No. 43);

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as Lead Plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, the PSLRA, provides, *inter alia*, that as soon as practicable, the Court shall appoint the most adequate plaintiff as Lead Plaintiff for the action;

WHEREAS, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

**IT IS HEREBY ORDERED THAT:**

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1.    Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the PSLRA, Movant is appointed Lead Plaintiff of the class, as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.    Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel and Glancy Prongay & Murray LLP is appointed as Liaison Counsel.

3.    Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

SO ORDERED:

Dated: _____, 2025

_____
Hon. James Donato
United States District Judge

3

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL
3:25-CV-05144-JD