STEPHEN P. BLAKE (260069)
sblake@stblaw.com
LAURA LIN (281542)
laura.lin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Tel.: (650) 251-5000
Fax: (650) 251-5002

JONATHAN K. YOUNGWOOD (350373)
jyoungwood@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Reddit, Inc., Steven Huffman,
Andrew Vollero, and Jennifer Wong*

[Additional parties listed on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY JOSEPH TAMRAZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REDDIT, INC., STEVEN HUFFMAN, ANDREW VOLLERO, and JENNIFER WONG,<br><br>Defendants. | Case No. 3:25-cv-05144-JD<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING RESPONSE TO AMENDED COMPLAINT** |

Pursuant to the Court's August 7, 2025 Order, lead plaintiff Phlexicon Phlexicon ("Lead Plaintiff"), and Defendants Reddit, Inc., Steven Huffman, Andrew Vollero, and Jennifer Wong (collectively, the "Defendants") hereby submit this stipulation regarding a response to the forthcoming amended complaint.

## RECITALS

WHEREAS, on June 18, 2025, in the above-captioned case, Plaintiff Anthony Joseph Tamraz, Jr. filed a putative class-action complaint asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder;

WHEREAS, Plaintiff Tamraz and Defendants filed a joint stipulation on July 24, 2025, which was so ordered by the Court on August 7, 2025 (the "Stipulation");

WHEREAS, the Stipulation provided that a proposed schedule for the filing of an amended complaint and a response to that complaint shall be submitted to the Court within fourteen (14) days of the entry of an order appointing a lead plaintiff;

WHEREAS, on October 16, 2025, the Court appointed Phlexicon Phlexicon as lead plaintiff, The Rosen Law Firm, P.A. as lead counsel, and Glancy Prongay & Murray LLP as liaison counsel;

WHEREAS, Lead Plaintiff and Defendants have agreed to the following proposed schedule;

**IT IS THEREFORE STIPULATED THAT:**

1.      Lead Plaintiff shall file an amended complaint by December 15, 2025.

2.      Defendants shall answer, move to dismiss, or otherwise respond to the amended complaint by February 13, 2026.

3.      Lead Plaintiff shall file an opposition to Defendants' motion to dismiss, if any, by March 30, 2026.

4.      Defendants shall file a reply to Lead Plaintiffs' opposition, if any, by April 29, 2026.

1

Dated: October 22, 2025

GLANCY PRONGAY & MURRAY LLP

/s/ Charles H. Linehan
Charles H. Linehan
clinehan@glancylaw.com
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California, 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160


THE ROSEN LAW FIRM, P.A.

Phillip Kim, Esq. (*pro hac vice application forthcoming*)
philkim@rosenlegal.com
Daniel Tyre-Karp
dtyrekarp@rosenlegal.com
Christie Buzzetti, Esq. (*pro hac vice application forthcoming*)
cbuzzetti@rosenlegal.com
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel.: (212) 686-1060
Fax: (212) 202-3827


*Counsel for Lead Plaintiff*

SIMPSON THACHER & BARTLETT LLP

/s/ Stephen P. Blake
Stephen P. Blake (260069)
sblake@stblaw.com
Laura Lin (281542)
laura.lin@stblaw.com
2475 Hanover Street
Palo Alto, CA 94304
Tel.: (650) 251-5000
Fax: (650) 251-5002

Jonathan K. Youngwood (350373)
jyoungwood@stblaw.com
425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Reddit, Inc., Steven Huffman, Andrew Vollero, and Jennifer Wong*


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


_____
The Honorable James Donato, District Judge


2

STIPULATION REGARDING RESPONSE TO AMENDED COMPLAINT          Case No. 3:25-CV-05144-JD

## ECF ATTESTATION

I, Stephen P. Blake, am the ECF User whose ID and Password are being used to file this:

**STIPULATION REGARDING RESPONSE TO AMENDED COMPLAINT.**

I attest that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Date: October 22, 2025                    SIMPSON THACHER & BARTLETT LLP

*/s/  Stephen P. Blake*
Stephen P. Blake (260069)

*Counsel for Reddit, Inc., Steven Huffman, Andrew Vollero, and Jennifer Wong*

STIPULATION REGARDING RESPONSE TO AMENDED COMPLAINT          Case No. 3:25-cv-05144-JD