**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (SBN #270796)
Charles H. Linehan (SBN #307439)
Pavithra Rajesh (SBN #323055)
1925 Century Park East, Suite 2100
Los Angeles, California, 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
Email: clinehan@glancylaw.com
Email: prajesh@glancylaw.com

*Liaison Counsel for Plaintiff and the Class*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH TAMRAZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>REDDIT, INC., STEVEN HUFFMAN, ANDREW VOLLERO, and JENNIFER WONG,<br><br>       Defendants. | Case No. 3:25-cv-05144-JD<br><br>**AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMANDED |

Lead Plaintiff Phlexicon Phlexicon, individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, among other things, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the Defendants' public documents, public filings, wire and press releases published by and regarding Reddit Inc. ("Reddit" or the "Company"), media reports, regulatory documents, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.[1]

## I.   NATURE OF THE ACTION

1.      This is a class action on behalf of persons or entities who purchased or otherwise acquired publicly traded Reddit securities between October 29, 2024 and May 20, 2025, both dates inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

## II.   JURISDICTION AND VENUE

2.      The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

3.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. §78aa).

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)), as Reddit is headquartered in this District and the alleged misstatements entered and the subsequent damages took place in this District.

---

[1] Unless otherwise specified, all emphasis is added.

1

1   5.    In connection with the acts, conduct and other wrongs alleged in this complaint,

2   Defendants (defined below), directly or indirectly, used the means and instrumentalities of

3   interstate commerce, including but not limited to, the United States mails, interstate telephone

4   communications and the facilities of the national securities exchange.

5   **III.    PARTIES**

6   6.    Lead Plaintiff Phlexicon Phlexicon purchased Reddit securities during the Class

7   Period and was economically damaged thereby. His PSLRA certification was previously filed

8   with the Court and is incorporated by reference herein.

9   7.    Reddit, Inc. is a Delaware corporation with its principal executive offices located

10   at 303 2nd Street, South Tower, 5th Floor, San Francisco, CA 94107. During the Class Period,

11   the Company's common stock traded on the New York Stock Exchange ("NYSE") (the

12   "NYSE") under the symbol "RDDT."

13   8.    Defendant Steven Huffman ("Huffman") was, at all relevant times, Co-Founder

14   Chief Executive Officer, and President of Reddit.

15   9.    Defendant Andrew Vollero ("Vollero") was, at all relevant times, the Chief

16   Financial Officer of Reddit.

17   10.    Defendant Jennifer Wong ("Wong") was, at all relevant times, the Chief

18   Operating Officer of Reddit.

19   11.    Defendants Huffman, Vollero, and Wong are collectively referred to herein as the

20   "Individual Defendants."

21   12.    Each of the Individual Defendants:

22   (a)    directly participated in the management of the Company;

23   (b)    was directly involved in the day-to-day operations of the Company at the highest

24   levels;

25   (c)    was privy to confidential proprietary information concerning the Company and

26   its business and operations;

27

28

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

(d)      was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e)      was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

(f)      was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(g)      approved or ratified these statements in violation of the federal securities laws.

13.      The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

14.      Reddit and the Individual Defendants are collectively referred to as the "Defendants."

**IV.      SUBSTANTIVE ALLEGATIONS**

    **A. Background**

15.      Reddit is a social media platform and forum-style website where users share and discuss content through posts and comments, organized into communities called subreddits. Users vote on content, with upvotes pushing posts and comments to the top, and downvotes doing the opposite. It has often been described as "the front page of the internet" due to its curated content and ability to surface trending topics.

16.      Reddit's primary source of revenue is generated from advertising on its website. Reddit's most recent earnings report for first quarter 2025, showed that $358.6 million out of a total of $392.4 million, or about 91%, of revenue came from advertising.

17.      Reddit also reports user metrics and how they impact revenue in its financial statements. A key financial measure is a daily active unique ("DAUq") that Reddit defines as a user that Reddit can "identify with a unique identifier who has visited a page on the Reddit website, www.reddit.com, or opened a Reddit application at least once during a 24-hour period. Average DAUq for a particular period is calculated by adding the number of DAUq on each day

of that period and dividing that sum by the number of days in that period." Another key user metric is the average revenue per unique ("ARPU") that Reddit defines as "quarterly revenue in a given geography divided by the average DAUq in that geography." Reddit claims that measuring ARPU "helps our management and investors assess the extent to which we are monetizing our DAUq."

18.    Google Search is the most popular online search engine in the world. A significant portion of Reddit's user traffic is from individuals seeking answers to questions using Google Search. Users who click on links to Reddit from Google are largely "logged-out" users. According to Reddit, logged-out users typically have lower engagement and spend less time on the platform compared to users who are logged in to a registered account, and therefore, logged-in users generally contribute significantly more to ARPU than logged-out users due to the lower monetization opportunity of logged-out users. However, Reddit's valuation is based in large part on its ability to grow its logged-in user base, and converting logged-out users into logged-in users is central to Reddit's growth strategy.

19.    Reddit disclosed in its 2024 Form 10-K that "[i]n the three months ended December 31, 2024, logged-out DAUq comprised 55% of global DAUq. Logged-out users typically come to Reddit via search engines, spend less time on the site, and do not monetize at the same rate as logged-in users." Reddit disclosed that

20.    On February 22, 2024 – coinciding with Reddit's announcement of its initial public offering – Reddit announced that it had entered into an agreement with Google to allow Google AI models access to Reddit's Data API. The agreement – under which Google paid Reddit $60 million per year – Google would be able to use Reddit's data to train its large language model ("LLM") AI system. Google's announcement of the deal stated that it would "facilitate more content-forward displays of Reddit information that will make our products more helpful for our users."

21.    Analysts believed that these scraping deals were not only beneficial to Reddit, but also believed that they would lead to additional data licensing deals. An analyst for Deutsche

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

Bank noted that "deals with OpenAI and Google expanded the company's data licensing TAM [Total Addressable Market] and growth potential at highly accretive margins. Notably, our checks suggest that several larger tech companies have resumed negotiations, so we don't rule out the possibility of additional deals in 2025, which could present upside to numbers."

22.     In 2024, Google Search began implementing new Artificial Intelligence ("AI") capabilities such as AI Overviews that could change the nature of search results.

23.     AI Overviews is a feature in Google Search that uses generative AI to provide concise and informative search results, often appearing at the very top of the page. These overviews attempt to quickly answer user queries by synthesizing information from multiple sources, including Reddit. As a result, a user may find the answer to their search query directly on Google Search without needing to click through to any external website. This situation is known a as a "zero-click search."

24.     As AI Overviews began rolling out, market participants began to worry about the threat it posed to Reddit. At a June 15, 2024 Needham Technology, Media, & Consumer Conference, an analyst asked Defendant Wong whether Wong had seen Google's recent announcement that they would introduce generative AI across its product lines and whether this change would cause "Google search, to become more -- deliver more information seamlessly so they don't have to go to Reddit past the -- they don't have to go in the click to answer the best vacuum question on Reddit." Defendant Wong acknowledged that she had seen the announcement and went on to downplay the potential effects on Reddit: "The models have to summarize something. What are they going to summarize? They might try to summarize the information on Reddit, but it regenerates so quickly, and the opinions evolve so quickly. It's really important to get that fine-grained detail."

25.     An August 14, 2024 article posted on CNBC.com explored Reddit's precarious reliance on Google. The article cited an April 2024 study by marketing agency finding that reddit.com was the fifth most visible domain in Google's US search results after Wikipedia, Amazon, YouTube, and Merriam-Webster – a steep climb from Reddit's 68th place on the same

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

list in July 2023. The article quoted Alan Gould, managing director at Loop Capital, as saying that Google makes up "the vast majority of the logged-out users" and that surging traffic from the search giant is a big reason why Reddit is generating less money from each user in the U.S. The article also quoted Daniel Konstantinovic, an analyst at eMarketer, as warning that "If you look at the changes that Google has made, it's all about surfacing the answer or the desired result as quickly as possible, so it doesn't really make sense that the user would then go to Reddit and spend even more time there on stuff that is not specific to their query."

26.    On September 11, 2024, Defendant Huffman appeared at a Goldman Sachs Communacopia + Technology Conference. An analyst asked about Google's statement that it would "enhance search results by incorporating more Reddit content." Defendant Huffman downplayed the effect: "We have a lot of content in their index, and they help users find content on Reddit. Now the advantage that Reddit has is consumers are specifically seeking out Reddit content. So if you were to go to Google Trends, for 2024 in the U.S., Reddit -- the word Reddit, is the sixth most searched for word on Google, #5 is news, I think #8 is maps. And so Reddit is something that users or consumers are specifically looking for. So whether they type it into the search box on Google or they type it into their address bar to come directly to Reddit, Reddit has unique content and experiences that consumers want."

27.    In a study conducted in March and April 2025, Pew Research Center found that Google Search users were less likely to click on a link when they encounter search pages with AI summaries. When a search page had an AI summary, users clicked on a link from the AI summary 1% of the time and clicked on a link from the search results 8% of the time. These click rates were much lower than when the search page had no AI summary, which led to 15% of users clicking on a link from the search results. Pew also found that Reddit was among the first three source links in AI Overviews 5% of the time, which was less often that than Reddit appeared on the first page of search results.

28.    Throughout the Class Period, Defendants downplayed the changes in Google Search's algorithm and features like AI Overview were causing users to stop their query on

6

Google Search, denied that these changes posed significant risk to Reddit's ability to grow, and misled investors about the threat AI Overviews posed to Reddit's revenues and profits.

**B.  Materially False and Misleading Statements Issued During the Class Period**

The Third Quarter 2024 Earnings Report and Conference Call

29.  The Class Period begins on October 29, 2024, when Reddit issued an earnings release announcing its third quarter 2024 financial results for the period ending September 30, 2024 ("3Q24 Earning Release"). The 3Q24 Earning Release reported DAUq increased 47% year-over-year to 97.2 million, and revenue grew 68% year-over-year to $384.4 million.

30.  On the same day as issuing the 3Q25 Earnings Release, the Individual Defendants held a call with analysts to discuss the Company's financial results. Before opening the call to analysts, Defendant Huffman answered a few prepared questions from Reddit users. Defendant Huffman read asking, in relevant part, "how much should we worry about Google diverting traffic in the future?":

> Next question is basically a Google question, "One thing that worries me is Google taketh dynamic, particularly with logged out DAU growth. I guess most of us would be expecting logging in to be outgrowing logged out, but logged in is at 27%, logged out is at 70%. Even the 2-year stacks, the logged out DAU crushes.
>
> My questions are, what are the dynamics of those users? It would be good if you could have some color on the conversion of them, if they show intention on the Google queries, et cetera? And how much should we worry about Google diverting traffic in the future? Also, if you can comment on the famous essay, Google is dying and people are depending on Reddit for their queries?"

31.  Defendant Huffman responded "if you look within the Google traffic, there's a couple of big classes of users that I think are important to recognize. So the first are people who go to Google with the intention of ending up on Reddit. So in that stat I mentioned in my opening remarks, we're seeing a lot of those users. Reddit is the sixth most searched word on Google in the U.S. this year. And so those are people literally typing the word Reddit into Google. So they know they're going to end up on it. They're using, in this case, Google to navigate Reddit."

32.  Defendant Huffman continued, "The second class of users is users who are running maybe a more general search on Google and then ending up on Reddit, also valuable.

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1    And so we think of these users as this is an opportunity to teach people that Reddit has the

2    answers to their questions. And so in that case, it's a great source of new users and a great

3    opportunity to kind of show a new audience what Reddit is all about."

4          33.    Defendant Huffman further continued: "It's true, the algorithm does kind of come

5    and go, give us and take us away, as you say. So you'll never hear us celebrate or complain about

6    an algorithm change here. But at the end of the day, Reddit has great content. It has answers to

7    questions. It has advice and perspectives that people are looking for, and that's what Internet

8    consumers want, whether they're coming directly to Reddit or finding us through other means."

9          34.    Later in the earnings call, J.P. Morgan and Chase analyst Douglas Till Anmuth

10   ask the Individual Defendants if they could "help us think through some of the puts and takes of

11   getting up to 40% of daily traffic coming from Google." Defendant Huffman responded by

12   saying, in relevant part, that "we've long had I think a symbiotic relationship with the Google

13   search platform. It's high utility for some of our core users. ***Those users are going to come to***

14   ***Reddit regardless***. And it's a great source of new users, effectively a marketing channel, to

15   educate new users about Reddit. And look, we've seen their algorithm change a lot over the years,

16   and of course, it always will. And Google, of course, experiments with all sorts of new search

17   products. Some help, some hurt.

18         35.    Defendant Huffman went on to downplay the significance of AI Overviews,

19   referring to it as mere volatility: "But we've been on this journey for 19 years. So yes, there's

20   volatility in that traffic. But if you look over the last few years, our logged in growth has been

21   very stable and reliable. Our app growth has been stable and reliable. And that's where the vast

22   majority of our revenue is. So yes, volatility on the logged out users, on the external users, but

23   our actual business has been very stable and reliable growth over that time period, and that's what

24   we see looking forward as well."

25         36.    The statements in ¶¶ 31-35 were materially false and misleading at the time they

26   were made because, contrary to Defendants' representations, Defendants misstated and/or failed

27   to disclose that (i) changes in Google Search's algorithm and features like AI Overview were

28

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

causing users to stop their query on Google Search; (ii) these algorithm changes were materially different than prior instances of reduced traffic to the Reddit website; (iii) Defendants were aware that the increase in the query term "Reddit" on search engines was because users were getting the sought after answer from Google Search without having to go to Reddit, and not because they intended to visit Reddit; (iv) this zero-click search reality was dramatically reducing traffic to Reddit in a manner the Company was unable to overcome in the short term; (v) Defendants, therefore, lacked a reasonable basis for their outlook on user rates and advertising revenues; and (vi) as a result, the Company's public statements were materially false and misleading at all relevant times.

### C. **THE TRUTH BEGINS TO EMERGE**

The Fourth Quarter and Full Year 2024 Earnings Report and Conference Call

37.    On February 12, 2025, Reddit issued an earnings release announcing its fourth quarter and full year 2024 financial results for the period ending December 31, 2024 ("4Q24 Earning Release"). The 4Q24 Earning Release reported that DAUq increased 39% year-over-year to 101.7 million and revenue growth of 71% year-over-year to $427.7 million. Total US DAUq declined from 48.2 million in 3Q24 to 48.0 million in 4Q24.

38.    On the same day as issuing the 4Q24 Earnings Release, the Individual Defendants held a call with analysts to discuss its financial results. In his opening remarks, Defendant Huffman stated the following regarding "volatility" in Google search traffic:

We finished the year with 101.7 million DAUq, marking 39% growth year-overyear, led by strong international growth at 46%. Additionally, logged-in users grew 27% and they've grown at this rate or higher every quarter for the last year and have maintained a steady upward trend for the last two years.

*Late in Q4, we did experience some volatility from Google Search triggered by a periodic algorithm change, but traffic from search has recovered so far in Q1 and we've regained momentum.*

*What happened wasn't unusual. Referrals from search fluctuate from time to time and they primarily affect logged-out users.*

Our teams have navigated many algorithm updates over the years and did an excellent job adapting to these latest changes effectively. *This particular swing*

9

*was interesting because along with it, we saw a corresponding increase in the query term Reddit, which suggests users are searching with the specific intent of reaching Reddit and this propensity continues to rise.*

We typically see two types of users on Reddit, those who scroll and those who seek. Scrollers engage with Reddit for its core community and conversation while seekers come to or end up on Reddit for answers to their questions. Just a few years ago, adding Reddit to the end of your search query felt novel.

39.     The 101.7 million DAUq were lower than the 104 million forecasted by Deutsche Bank in a February 10, 2015 note. Later in the same earnings call, Deutsche Bank analyst Benjamin Black asked Defendants how they "think about the balance of U.S. user growth versus ARPU growth?" Individual Defendants Huffman responded, in part: I think we still have a tremendous amount of opportunity on users. We haven't come, I think close to tapping out in the U.S., which is our most mature market. We're really getting off the ground in a number of countries around the world. Communities are universal, and so we see very high potential in building a product that is literally universal -- everybody belongs to communities, everybody wants that feeling of belonging. …

40.     Defendant Wong also responded, falsely downplaying the slowdown in traffic: "So as we've mentioned before, we don't manage to ARPU. There's nobody who managed it to what it is. It is just the revenue divided by the users. It did grow in Q4 nicely in both regions, the U.S. and rest of world. There's a lot of headroom there. We know that, that's an opportunity to grow over time. But the way we think about it is we're trying to grow revenue by continuing to expand our verticals, drive performance, make our ad platform easier so that we have more advertisers on it, driving more demand into our platform. That grows our share as we continue to also grow users in parallel. Look, the ARPU in both the U.S. and rest of worldwide, they grew in Q4 are still very early. The ARPU for the rest of world is just a fraction of the U.S. So there's a lot of opportunity for growth there. But again we think of it as really growing our revenue, growing our share and users in parallel.

41.     This statement was false and misleading because ARPU was a key metric for Reddit's financial health, and a decline in users visiting the site would create pressures on ARPU.

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

42.     Later in the same earnings call, LightShed Partners analyst Rich Greenfield had a question about what changed in the Google Search algorithm during the quarter, and how to "get comfort and confidence that future changes are not going to be more problematic, and the impact on revenue." Defendant Huffman responded: "What did Google change? I have my suspicions but it's not my place to say but I'm not worried about it. Number two, assume no revenue -- impact to revenue -- sorry, assume no revenue impact? Correct. No revenue impact. Three, what was adjusted down in Q4, what's it look like in Q1? Look, I can't put specific numbers on it but I don't think we'd be having this conversation if not for the swing there, and we feel very good about the pace that we're on in Q1. *Like I said, look, we see volatility from Google all the time as does everybody. You can read the blogs a couple of times a year.* Our relationship with them is great. We collaborate in a number of ways including how they can continue to crawl us better so *there's zero concern from us in this department*."

43.     Later in the same earnings call, Citi analyst Ron Josey also questioned the Individual Defendants about whether the Google Search change in algorithm had any impact on Reddit's engagement or revenue. Defendant Huffman responded, in part: "Look, these changes happen. They actually happen all the time I'd say ballpark, twice a year, not the first, not the last. For us, it primarily affects logged-out users in the U.S. *This one was particularly interesting because it really was a swing down but then a recovery shortly thereafter. It happened right at the end of the quarter. It was kind of interesting during this one, the team recovered. I think adapted nice. We see these things for all sorts of different reasons. We did see an increase in the query term "Reddit" in our own search dashboard, which says that kind of despite what happens on the Google side, Internet consumers broadly want to end up on Reddit.* So as we've mentioned, we started off Q1, I think on a great foot, both with our search traffic and then also with the rest of our traffic.

44.     On this news, the price of Reddit stock fell by $11.52 per share, or 5.3%, on heavy trading to close at $204.95 on February 13, 2025.

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

45.     Still, analysts took comfort in Defendants' downplaying of the risks posed by Google's AI Overviews – in particular Defendants' claims that any slowing in traffic was temporary and had already been resolved. In a February 12, 2025 note, Baird Equity Research observed that "we previously mentioned the Google algorithm impact, *which fortunately appears to be moderating*." An Analyst from Raymond James referred to the issue as "short-lived", stating that "Though number of queries containing search term "reddit" have been increasing over the same period, U.S. logged-out DAUs were negatively affected by Google algorithm changes, though the company reports that traffic recovered quickly in early 1Q." Similarly, an analyst for Deutsche Bank stated that "we believe this to be transient as adjustments were made and user traffic has returned to previous levels."

46.     The statements in ¶¶ 38-40 and 42-43 were materially false and misleading at the time they were made because, contrary to Defendants' representations, Defendants misstated and/or failed to disclose that (i) changes in Google Search's algorithm and features like AI Overview were causing users to stop their query on Google Search; (ii) these algorithm changes were materially different than prior instances of reduced traffic to the Reddit website; (iii) Defendants were aware that the increase in the query term "Reddit" on search engines was because users were getting the sought after answer from Google Search without having to go to Reddit, and not because they intended to visit Reddit; (iv) this zero-click search reality was dramatically reducing traffic to Reddit in a manner the Company was unable to overcome in the short term; (v) Defendants, therefore, lacked a reasonable basis for their outlook on user rates and advertising revenues; and (vi) as a result, the Company's public statements were materially false and misleading at all relevant times.

The First Quarter 2025 Earnings Report and Conference Call

47.     On May 1, 2025, after the market close, Reddit issued an earnings release announcing its first quarter 2024 financial results for the period ending March 31, 2025 ("1Q25 Earning Release"). The 1Q25 Earning Release DAUq increased 31% year-over-year to 108.1 million and revenue growth of 61% year-over-year to $392.4 million.

48.    The DAUq figures in the 1Q25 Earnings Release would mark Reddit's third consecutive quarter slowdown in daily active user growth, which increased uncertainty around the sustainability of growth. Reddit also reported a dip in its quarterly ARPU, from $4.21 in 4Q24 to $3.63 in 1Q25.

49.    On the same day as issuing the 1Q25 Earnings Release, the Individual Defendants held a call with analysts to discuss the Company's financial results. In their opening remarks, the Individual Defendants omitted all discussion of Google's AI Overviews or changes in its algorithm. The first question from analyst Ron Josey from Citi asked Defendant Huffman his "thoughts on DAUq and users overall. More specifically … how you see user growth for the remainder of the year going forward? And I ask you this only because I think we've seen two or so Google algorithm changes since December." Defendant Huffman responded: "So look, we're happy with the start to the year. In Q1, we had 108 million dailies, 400 million weeklies. So that's 31% each year-over-year. We believe we're in great shape over the medium and longer term. Look, ultimately, we drive growth when we make improvements to the product, which is where our focus is … . Remember, we're an open platform, and we want people to find Reddit's content in search. Being open drives awareness and visibility, but it can also create variability. We do expect some bumps along the way from Google because we've already seen a few this year. This is expected in any year, but given that the search ecosystem is under heavy construction, the near-term could be more bumpy than usual. To give you an early read on Q2 through the month of April, we're seeing total DAUs growing in the high-teens range year-over-year.

50.    Defendant Huffman continued, stating that "the short-term bumps don't affect our long-term strategy or opportunity. We're in control of our own destiny. I think the question behind the question is, is there a long-term risk to Reddit here? And in my view, the answer is no. In fact, I think there's opportunity. There's no doubt LLMs will evolve search on the Internet. We can all see that. It's awesome. Sometimes people will want the summarized, annotated, sterile answers from AI, and we're even building this ourselves in Reddit Answers. But other

13

1    times, they want the subjective, authentic, messy, multiple viewpoints that Reddit provides. So

2    in the same way that Reddit for the last decade has been an alternative to social media – social

3    media being performative and manicured, and Reddit being the opposite – Reddit communities

4    and conversations will be an alternative to AI search answers. And furthermore, people want

5    what Reddit has. When they search, they search for Reddit by name. In the last 90 days, the word

6    "Reddit", was the sixth most searched word on Google between "news" and "Trump", which

7    incidentally also says something about our position in the media landscape. The Google

8    algorithm serves users what they want and what they ask for. Of course we have had a long and

9    symbiotic relationship with Google. So in summary, expect some bumps and expect us to

10   continue to improve the product and lay the foundation for more consistency in the back half of

11   the year and beyond."

12        51.    Later in the same earnings call, Wells Fargo analyst Ken Gawrelski asked the

13   follow-up question, "back to the DAU point you made about it being in the high tens in April in

14   volatility. Could you give us [ ] please a bit more color on both U.S. versus international and

15   kind of logged out versus logged in." Defendant Huffman responded: "Search traffic is mostly

16   logged out, but it's some logged in, too; it's more U.S. than not, simply because that's where

17   we've had the content base. That's the biggest content base and where it's had it the longest. So

18   look, we'll see where it goes. As I said, we expect some bumps. Some bumps are normal. It's

19   probably more bumpy than typical because of the evolution. So we'll share more with you next

20   quarter."

21        52.    An analyst from Deutsche Bank noted that "2Q is pacing for no sequential DAU

22   growth. While some of this slowdown is due to Google algorithm changes, the bigger impact

23   seems to be from AI features being built into Google's search product which may be narrowing

24   the need to traverse to Reddit's site." The report continued, stating that "[g]iven the 1Q and into

25   April weakness in US DAUq, partially offset by AI translation-driven strength internationally,

26   we lower our consolidated 2Q25/FY25 DAUq estimates by 3% and 6% to 108mn/116mn from

27   112mn/123mn, respectively. Given the interruption in new user traffic from Google due to

28

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

continued AI experimentation in Search, we lower our US DAUq estimates in 2Q25/FY25 by 7%/9% to 49mn/52mn from 52mn/57mn, respectively."

53.     Upon the opening of trading markets the following day, investors and analysts began immediately reacting to these surprising revelations. The price of Reddit's common stock declined dramatically. From a closing market price of $118.79 per share on May 1, 2025, Reddit's stock price fell to $113.83 per share on May 2, 2025, a decline of about 4.2%.

<u>The May 19, 2025 Wells Fargo Analysts Downgrade</u>

54.     On May 19, 2025, Wells Fargo analysts downgraded Reddit's stock and lowered their price target to $115 per share from a previous $168 per share. Wells Fargo called Google Search's implementation of new AI features as likely "permanent" disruptions on user traffic for Reddit. The analysts stated traffic to Reddit from Google Search, particularly from logged-out users in the U.S. is likely to decline as result of the changes. Accordingly, the reduction in traffic will ultimately hurt Reddit's advertising revenue.

55.     The Wells Fargo note stated: "As search user behavior change accelerates, with Google likely to integrate full AI search capabilities in the near future, we believe the recent user disruptions Reddit observed in March / April are different from prior periodic search algorithm changes. In our view, these changes are likely to prove more permanent, thus posing serious threats to Reddit's logged-out traffic. Despite only contributing ~15% of total ad revenue, logged-out DAUs make up more than half of Reddit's current user base. We view these users as critical to extending the scale of advertiser reach and sustaining the long-term growth of logged-in users."

56.     Investors reacted immediately to the Wells Fargo revelations. The price of Reddit's common stock declined dramatically. From a closing market price of $113.23 per share on May 16, 2025, Reddit's stock price fell to $107.99 per share on May 19, 2025 (the next trading day) on heavy trading, a decline of about 4.2%

<u>The May 20, 2025 Baird Analysts Downgrade</u>

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

57.     After market hours on May 20, 2025 Baird analysts substantially downgraded Reddit's stock, reducing the price target to $120 per share from the previous $140 per share. Citing similar concerns as the Wells Fargo analysts, Baird analysts also noted the new developments in Google Search that had just been presented at the Google I/O developer conference. With this confirmation on permanent disruptions to Reddit's traffic, Baird analysts accordingly "adjust[ed] estimates for ongoing U.S. user growth headwinds."

58.     The Baird note stated "As Google outlined at I/O, one outcome of launching AIO and AI Mode is providing information/answers directly within search results and through AI assistants; we believe this could also have downstream impacts on logged-in user growth."

59.     Baird cited data from Apptopia showing a decline in Google Chrome users navigating to Reddit in AI Overviews as opposed to traditional Google Searches: "Importantly, following the integration of Gemini into search results in October, the percentage of Chrome users navigating to Reddit declined (see Figure 2), with outbound clicks from Google ~30-40% lower in AI Overviews vs. traditional search results. For perspective, we estimate that AI Overviews generate citation clicks in ~20% of queries on mobile, and even less on desktop."

60.     Investors reacted immediately to the Baird revelations. The price of Reddit's common stock declined dramatically. From a closing market price of $105.64 per share on May 20, 2025, Reddit's stock price fell to $95.85 per share on May 21, 2025 on heavy trading, a decline of about 9.3%.

61.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiff and other Class members have suffered significant losses and damages.

62.     During the Class Period, as detailed herein, Defendants made materially false and misleading statements and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Reddit's common stock and operated as a fraud or deceit on Class Period purchasers of Reddit's common stock by materially misleading the investing public. Later, Defendants' prior misrepresentations and fraudulent conduct became apparent to the

market, the price of Reddit's common stock materially declined, as the prior artificial inflation came out of the price over time. As a result of their purchases of Reddit's common stock during the Class Period, Plaintiff and other members of the Class suffered economic loss, i.e., damages under federal securities laws.

63.    Reddit's stock price fell in response to the corrective events on May 2, 19, and 21, 2025, as alleged supra. On these dates, Defendants and analysts disclosed information that was directly related to the Defendants' prior misrepresentations and material omissions concerning Reddit's traffic from search engines, user growth, and how these issues would impact the Company's outlook advertising revenues.

64.    Specifically, on May 1, 2025, Reddit announced volatile traffic coming from Google Search to the website and striking deceleration in daily active users. Further, additional revelations on these issues truth were disclosed by analysts from Wells Fargo on May 19, 2025, and Baird on May 21, 2025.

<u>Additional Facts Supportive of Scienter</u>

65.    Each of the Individual Defendants frequently provided detailed statements concerning Reddit's ability to convert traffic from Google Searches into registered users who can be monetized and the threat that AI Overviews posed to that growth stream. For example, in an October 2024 interview with the Wall Street Journal, Defendant Huffman stated that "In the U.S. in 2024, Reddit is the sixth most searched word on Google. We're somewhere between news and maps, so people are going to Google with the intention of ending up on Reddit."

66.    At a March 4, 2025 Morgan Stanley conference, Defendant Wong stated "Yes, so Reddit is unique in that it has two different kinds of users. It has logged-in users and logged-out users. And I kind of think of logged-out users as a plus because most platforms like us they have logged-in users, and our logged-in users are incredibly high value, high retention, time goes over time, just an incredible foundation and consistently grown over 27% year-over-year over the last four quarters. The logged-out users is the traffic that most of it is what we get from Google. We like being a part of the open internet. That's sort of free marketing. And those people

are looking for specific information in Reddit. At the end of 04, we saw some chop from changes. And often, they're a mix. Sometimes, it can be an algorithm change. It can be a UI change. Sometimes, it's something that we change. Like it can be an amalgamation of those things . In fact, in 04, it was. And then we said on the mid-February earnings call that we saw recovery, like basically, we saw some chop at the end of 04, but in 01, we saw recovery, and we saw good momentum." Defendant Wong continued: "There've been a lot of changes with AI Overviews since July. And our traffic from Google is up since those changes . So certainly, since we've seen -- everything we've seen to date, look, there'll be chop from time to time, but we manage through it."

67. Defendant Huffman made substantially similar remarks at a March 10, 2025 Deutsche Bank conference. Defendant Huffman stated: "We basically have two traffic sources, direct to Reddit and then from Google. And so we saw some chop from Google, which not seeing chop would actually be more of the aberration, right? They make algorithm changes, they fiddle with their product. Sometimes that causes downstream effects to platforms like us. But what we saw in 04, which was a little bit of a swing that we've since recovered from is a corresponding increase in the search term Reddit on Google, which says that Internet consumers broadly want Reddit's content. And they actually go to Google with the intention of ending up on Reddit. Last year, Reddit was the sixth most searched word on Google between news and maps. So I think that foundation is there and very strong. And look, we're 48, 49 million users in the U.S. DAU, weekly it's our 170 million DAU, also growing nicely. And so I think the opportunity there is as large as anybody's." Huffman also downplayed Reddit's reliance on Google."

68. The analyst, Benjamin Black, asked Huffman "if a user goes onto Google and finds what they're looking for on an Al overview, there's no -- conceptually, no reason to click into Reddit. Is that something you've seen? Is that a concern? Is that potentially involving how you think about the partnership and Google's product set?" Defendant Huffman responded that "to the extent that user has a general question what Google teaches them is that Reddit has the answer. And so whenever they're showing Reddit content, they're also linking to Google. . . .

Now AI summaries that you see in search, it's really an evolution of the search product. We've been a beneficiary of search on the internet for a long time and we expect to continue to do so because again Reddit is where internet consumers broadly want to be."

69.    Confidential Witness 1 ("CW1") served as a senior data scientist at Reddit from August 2022 to October 2024. CW1 stated that Reddit's internal metrics, including DAUq, were available to senior employees to view via a dashboard in a platform called Hex. Hex allowed employees to see the volume of traffic coming to Reddit from Google as compared to other platforms.

70.    Confidential Witness 2 ("CW2") served as a sales manager at Reddit from October 2024 to July 2025. CW2 stated that Reddit's head of Small and Medium Business ("SMB") Sales Matthew Czech and Director of SMB Sales Jordan Cushman provided sales managers with a Google Slides presentation outlining Reddit's talking points about the impact of Google's AI Overviews. CW2 met frequently with Czech and Cushman. Sales managers and representatives were required to go through the deck with clients as part of Reddit's "quality and enablement process" or risk getting "docked points" in their evaluations. The slide deck stated that people entering Reddit into Google Searches would ultimately click through to Reddit because they're "not looking for non-human answers" and "want to see what real people are talking about." CW1 stated that Reddit's advertising clients raised questions about the effect of AI on Reddit's traffic, and that there was concern that so much money was spent on search engine optimization marketing – but that now their search results were being pushed down due to AI.

71.    In October 2024, Reddit hired Mike Romoff as its Chief Revenue Officer. Romoff continues to serve in that role. From January 2021 to October 2024, Romoff served as a Vice President in sales for Google. As Defendant Wong stated during Reddit's Q3 2024 investor call, "Mike is a proven leader and brings a strong track record of sales, partnerships, and operational leadership from Google" and "Mike will lead all of our sales and sales support functions reporting directly to me."

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

72.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons other than defendants who acquired the Company's securities publicly traded on NYSE during the Class Period, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

73.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on NYSE. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds, if not thousands of members in the proposed Class.

74.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

75.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

76.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the Exchange Act was violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business and financial condition of the Company;

- whether Defendants' public statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

- whether the Defendants caused the Company to issue false and misleading filings during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false filings;

- whether the prices of the Company securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

77.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

78.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- the Company's shares met the requirements for listing, and were listed and actively traded on NYSE, an efficient market;

- as a public issuer, the Company filed periodic public reports;

- the Company regularly communicated with public investors via established market communication mechanisms, including through the regular dissemination of press releases via major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;

- the Company's securities were liquid and traded with moderate to heavy volume during the Class Period; and

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1    •    the Company was followed by a number of securities analysts employed by major

2    brokerage firms who wrote reports that were widely distributed and publicly available.

3    79.    Based on the foregoing, the market for the Company's securities promptly

4    digested current information regarding the Company from all publicly available sources and

5    reflected such information in the prices of the shares, and Plaintiff and the members of the Class

6    are entitled to a presumption of reliance upon the integrity of the market.

7    80.    Alternatively, Plaintiff and the members of the Class are entitled to the

8    presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State*

9    *of Utah v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in

10    their Class Period statements in violation of a duty to disclose such information as detailed above.

11    <u>**COUNT I**</u>

12    **For Violations of Section 10(b) And Rule 10b-5 Promulgated Thereunder**

13    <u>**Against All Defendants**</u>

14    81.    Plaintiff repeats and realleges each and every allegation contained above as if

15    fully set forth herein.

16    82.    This Count is asserted against Defendants is based upon Section 10(b) of the

17    Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

18    83.    During the Class Period, Defendants, individually and in concert, directly or

19    indirectly, disseminated or approved the false statements specified above, which they knew or

20    deliberately disregarded were misleading in that they contained misrepresentations and failed to

21    disclose material facts necessary in order to make the statements made, in light of the

22    circumstances under which they were made, not misleading.

23    84.    Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

24    •    employed devices, schemes and artifices to defraud;

25    •    made untrue statements of material facts or omitted to state material facts

26    necessary in order to make the statements made, in light of the circumstances under which

27    they were made, not misleading; or

28

22

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of the Company's securities during the Class Period.

85.    Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

86.    The Individual Defendants, who are the senior officers of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or any other of the Company's personnel to members of the investing public, including Plaintiff and the Class.

87.    As a result of the foregoing, the market price of the Company's securities was artificially inflated during the Class Period. In ignorance of the falsity of Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of the Company's securities during the Class Period in purchasing the Company's securities at prices that were artificially inflated as a result of Defendants' false and misleading statements.

88.    Had Plaintiff and the other members of the Class been aware that the market price of the Company's securities had been artificially and falsely inflated by Defendants' misleading

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

statements and by the material adverse information which Defendants did not disclose, they would not have purchased the Company's securities at the artificially inflated prices that they did, or at all.

89.     As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

90.     By reason of the foregoing, Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchase of the Company's securities during the Class Period.

## COUNT II

### Violations of Section 20(a) of the Exchange Act

### Against the Individual Defendants

91.     Plaintiff repeats and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

92.     During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information about the Company's business practices.

93.     As officers of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's' financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

94.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period concerning the Company's results of operations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in

the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of the Company's securities.

95.    By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, on behalf of himself and the Class, prays for judgment and relief as follows:

(a)    declaring this action to be a proper class action, certifying Plaintiff as class representative under Rule 23 of the Federal Rules of Civil Procedure;

(b)    awarding damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, together with interest thereon;

(c)    awarding Plaintiff and the Class reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    awarding Plaintiff and other members of the Class such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.


Dated: December 15, 2025              **THE ROSEN LAW FIRM, P.A.**
                                      /s/ Daniel Tyre-Karp
                                      Daniel Tyre-Karp (pro hac vice)
                                      Laurence M. Rosen
                                      275 Madison Ave., 40th Floor
                                      New York, NY 10016
                                      Telephone: (212) 686-1060
                                      Facsimile: (212) 202-3827
                                      Email: dtyrekarp@rosenlegal.com
                                             lrosen@rosenlegal.com

                                      *Lead Counsel for Plaintiff*

AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS