STEPHEN P. BLAKE (SBN 260069)
LAURA K. LIN (SBN 281542)
SIMPSON THACHER & BARTLETT LLP
One Market Plaza, Suite 3800
San Francisco, California 94105
Telephone: (415) 426-7210
Facsimile: (415) 426-7301
Email: sblake@stblaw.com

JONATHAN K. YOUNGWOOD (SBN 350373)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: jyoungwood@stblaw.com

*Attorneys for Defendants Reddit, Inc., Steven
Huffman, Andrew Vollero, and Jennifer Wong*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH TAMRAZ, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REDDIT, INC., STEVEN HUFFMAN, ANDREW VOLLERO, and JENNIFER WONG, <br><br> Defendants. | Case No. 3:25-cv-05144-JD <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br> Judge: Hon. James Donato <br><br> Date: May 21, 2026 <br> Time: 11:00 a.m. <br> Courtroom: 11 |

# TABLE OF CONTENTS

**Page**

NOTICE OF MOTION & MOTION TO DISMISS ....................................................................... 1

STATEMENT OF ISSUES TO BE DECIDED ........................................................................... 1

INTRODUCTION ........................................................................................................................ 1

BACKGROUND .......................................................................................................................... 2

ARGUMENT ............................................................................................................................... 6

    I.      PLAINTIFF DOES NOT PLEAD AN ACTIONABLE MISREPRESENTATION ........................................................................................... 6

          A.     Plaintiff's Scattershot Pleading Is Plainly Deficient ................................. 6

          B.     Reddit's Accurate Historical Reporting and Quarterly Forecasts Are Not Actionable ....................................................................................... 7

          C.     Reddit's Google-Related Statements Are Not Actionable .......................... 7

                1.     Reddit Did Not Mislead Investors About Google-Related Risks; It Explicitly Warned of Such Risks, And Investors Were Well Aware ............................................................................................. 8

                2.     Reddit's General Statements About Google Are Not Actionable ... 8

                3.     Reddit's Specific Statements About Google's Q4 Algorithm Updates Are Not Actionable ........................................................... 9

          D.     Miscellaneous "Misstatements" Challenged by Plaintiff Are Not Actionable ............................................................................................... 10

    II.     PLAINTIFF FAILS TO PLEAD A STRONG INFERENCE OF SCIENTER .... 11

          A.     Plaintiff Fails to Allege Motive and Opportunity ..................................... 12

          B.     Plaintiff Fails to Allege Circumstantial Evidence of Scienter .................. 12

          C.     The Balance of Inferences Supports a Finding of No Scienter .................. 13

    III.    PLAINTIFF FAILS TO PLEAD LOSS CAUSATION ....................................... 14

          A.     The May 1 Earnings Call Is Not an Actionable Corrective Disclosure ................................................................................................. 14

          B.     The May 2 Deutsche Bank, May 19 Wells Fargo and May 20 Baird Analyst Reports Are Not Actionable Corrective Disclosures .................. 15

    IV.    PLAINTIFF FAILS TO STATE A CLAIM UNDER SECTION 20(A) .............. 15

CONCLUSION ......................................................................................................................... 15

# TABLE OF AUTHORITIES

**Page(s)**

## CASES

*Bodri v. GoPro, Inc.*,
252 F. Supp. 3d 912 (N.D. Cal. 2017) ......................................................................... 7

*Bonanno v. Cellular Biomedicine Grp., Inc.*, 2016 WL 4585753 (N.D. Cal. Sept. 2, 2016) ......................................................................................................................... 15

*Bonanno v. Cellular Biomedicine Grp., Inc.*,
2016 WL 2937483 (N.D. Cal. May 20, 2016) ........................................................... 15

*Brody v. Transitional Hosps. Corp.*,
280 F.3d 997 (9th Cir. 2002) ...................................................................................... 8

*City of Dearborn Heights Act 345 Police & Fire Ret. Sys. v. Align Tech., Inc.*,
856 F.3d 605 (9th Cir. 2017) ...................................................................................... 15

*City of Royal Oak Ret. Sys. v. Juniper Networks Inc.*,
880 F. Supp. 2d 1045 (N.D. Cal. 2012) ..................................................................... 11

*Dolly v. GitLab Inc.*,
2025 WL 2372965 (N.D. Cal. Aug. 14, 2025) ........................................................... 13

*Dura Pharms., Inc. v. Broudo*,
544 U.S. 336 (2005) .................................................................................................... 14

*Greenspan v. Qazi*,
2021 WL 2577526 (N.D. Cal. June 23, 2021) ................................................... 6, 10, 12

*Grigsby v. BofI Holding, Inc.*,
979 F.3d 1198 (9th Cir. 2020) .................................................................................... 15

*In re BofI Holding, Inc. Sec. Litig.*,
977 F.3d 781 (9th Cir. 2020) ...................................................................................... 14

*In re HP Sec. Litig.*,
2013 WL 6185529 (N.D. Cal. Nov. 26, 2013) ........................................................... 12

*In re Nektar Therapeutics*,
2020 WL 3962004 (N.D. Cal. July 13, 2020) ............................................................ 15

*In re Rigel Pharmaceuticals, Inc. Secs. Litig.*,
697 F.3d 869 (9th Cir. 2012) ...................................................................................... 13

*In re Shoretel Inc. Sec. Litig.*,
2009 WL 248326 (N.D. Cal. Feb. 2, 2009) ................................................................ 15

*In re Skechers USA, Inc. Sec. Litig.*,
2004 WL 1080174 (C.D. Cal. May 7, 2004) .............................................................. 12

*In re Terravia Holdings Inc.*,
2020 WL 553939 (N.D. Cal. Feb. 4, 2020) ................................................................ 7

REDDIT'S NOTICE, MOTION & MPA ISO MOTION TO DISMISS          NO. 3:25-CV-05144-JD

*In re Textainer P'ship Sec. Litig.*,
    2005 WL 3801596 (N.D. Cal. Dec. 12, 2005) .............................................................. 8

*In re Zoom Sec. Litig.*,
    2022 WL 484974 (N.D. Cal. Feb. 16, 2022) ................................................................ 6

*Khoja v. Orexigen Therapeutics, Inc.*,
    899 F.3d 988 (9th Cir. 2018) ...................................................................................... 8

*Matrixx Initiatives, Inc. v. Siracusano*,
    563 U.S. 27 (2011) ....................................................................................................... 8

*Metzler Inv. GMBH v. Corinthian Colleges, Inc.*,
    540 F.3d 1049 (9th Cir. 2008) ............................................................................... 7, 10

*McGovney v. Aerohive Networks, Inc.*,
    2019 WL 8137143 (N.D. Cal. Aug. 7, 2019) .............................................................. 9

*Monachelli v. Hortonworks*,
    225 F. Supp. 3d 1045 (N.D. Cal. 2016) ...................................................................... 7

*Pauly v. Becker*,
    2024 WL 628437 (N.D. Cal. Feb. 14, 2024) ............................................................... 6

*Police Ret. Sys. v. Intuitive Surgical, Inc.*,
    759 F.3d 1051 (9th Cir. 2014) ............................................................................... 7, 13

*Prodanova v. H.C. Wainwright & Co., LLC*,
    993 F.3d 1097 (9th Cir. 2021) ................................................................................... 12

*Ronconi v. Larkin*,
    253 F.3d 423 (9th Cir. 2001) ..................................................................................... 13

*Tellabs, Inc. v. Makor Issues & Rights, Ltd.*,
    551 U.S. 308 (2007) ....................................................................................... 12, 13, 14

*Turocy v. El Pollo Loco Holdings, Inc.*,
    2016 WL 4056209 (C.D. Cal. July 25, 2016) .............................................................. 9

*Valenti v. Dfinity USA Rsch. LLC*,
    2025 WL 902031 (N.D. Cal. Mar. 25, 2025) ......................................................... 6, 12

*Wozniak v. Align Tech., Inc.*,
    850 F. Supp. 2d 1029 (N.D. Cal. 2012) .................................................................... 11

*Zucco Partners LLC v. Digimarc Corp.*,
    552 F.3d 981 (9th Cir. 2009) ..................................................................................... 11

## **STATUTES**

15 U.S.C. § 78u-4(b)(1) ..................................................................................................... 6

Fed. R. Civ. P. 9(b) ............................................................................................................ 6

REDDIT'S NOTICE, MOTION & MPA ISO MOTION TO DISMISS          NO. 3:25-CV-05144-JD

**NOTICE OF MOTION & MOTION TO DISMISS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 21, 2026 at 11:00 a.m., or as soon thereafter as they may be heard before the Honorable James Donato, Defendants Reddit, Inc. ("Reddit" or the "Company"), Steven Huffman ("Huffman"), Jennifer Wong ("Wong"), and Andrew Vollero ("Vollero") (together, "Defendants") shall and hereby do move to dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 48) ("Complaint" or "AC") filed on December 15, 2025 by Lead Plaintiff Phlexicon Phlexicon ("Plaintiff"). This Motion is based on this Notice of Motion, Motion, and Memorandum of Points and Authorities and Exhibit A attached thereto, the Request for Judicial Notice, the Declaration of Stephen Blake ("Blake Decl.") and exhibits attached thereto ("Ex."), all records and papers on file in this action, and any evidence or oral argument offered at a hearing on this Motion.

Defendants seek an order dismissing the Complaint with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and the Private Securities Litigation Reform Act ("PSLRA") for failure to state a claim.

**STATEMENT OF ISSUES TO BE DECIDED**

1. **Failure To Plead a Material Misrepresentation.** Whether Plaintiff's claims under Section 10(b) and Rule 10b-5 and Section 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") should be dismissed on the ground that Plaintiff has failed to plead particularized facts showing that any Defendant made a materially false or misleading statement or omission.

2. **Failure To Plead Scienter.** Whether Plaintiff's Section 10(b) and Rule 10b-5 and Section 20(a) claims should be dismissed on the additional, independent ground that Plaintiff has failed to plead particularized facts giving rise to a "strong inference" that any Defendant made any misrepresentation with scienter (*i.e.*, knowingly or with deliberate recklessness).

3. **Loss Causation.** Whether Plaintiff's Section 10(b) and Rule 10b-5 and Section 20(a) claims should be dismissed on the additional, independent ground that Plaintiff has failed to plead particularized facts showing that the revelation of false facts or concealed risks to the market caused investor losses.

## MEMORANDUM OF POINTS & AUTHORITIES

### INTRODUCTION

The crux of Plaintiff's case is that Reddit failed to caution investors about Google's ongoing rollout of artificial intelligence ("AI") search offerings. But the potential impact of Google's updates on search traffic was widely known and, indeed, something Reddit itself had explicitly warned of in its SEC filings. Nevertheless, Plaintiff attempts to mount a case in its "throw everything at the wall" AC by quoting lengthy portions of oral statements from Reddit's Q3 and Q4 2024 earnings calls and claiming that Defendants "downplayed" risk and/or overstated "outlook." But Plaintiff entirely fails to specifically plead why these statements misled, let alone that they were false. And, of course, Plaintiff's theory is ultimately belied by the reality that Reddit's revenues and users *grew* in Q4 2024 and Q1 2025, and that Reddit *performed in line* with its own quarterly forecasts and market expectations. Copypasta walls of text and cherry-picked analyst reports speculating about Google AI's impact on Reddit in Q2 2025 fall far short of the requirement to plead specific facts demonstrating falsity and an intent to mislead. The AC should be dismissed:

*First*, Plaintiff fails to particularly plead *any* false or misleading statement. Plaintiff does not challenge Reddit's results, which exceeded its own quarterly forecasts. And Plaintiff ignores both Reddit's disclosures warning investors of the specific potential negative impact of Google updates and extensive market commentary discussing this exact risk. Pasting lengthy block quotes from Class Period earnings calls and later-published analyst reports is not a substitute for well-pleaded facts showing that Defendants' statements misled investors. Plaintiff makes no effort to explain how Defendants' statements created a false impression for investors, or connect them to analyst concerns about Google's ongoing updates. Even a cursory look shows that Defendants' statements were: (i) demonstrably true; (ii) non-actionable statements of corporate optimism; and/or (iii) candid reflections on the potential risks and rewards from Google's updates that in no way misled investors or "downplayed" the very risks Defendants openly discussed.

*Second*, Plaintiff fails to plead the requisite strong inference of scienter. Indeed, the AC is utterly bereft of scienter allegations. Plaintiff pleads no unusual stock sales or motives to commit

fraud. Nor does Plaintiff point to any information suggesting that Reddit executives feared Google AI updates would have dramatic effects on Reddit at the time of the November 2024 and February 2025 earnings calls. Rather, it is apparent that Reddit executives were reacting in real time to a changing search environment and candidly highlighted the potential effects of Google updates on user traffic. They did so while underscoring the Company's resiliency and optimism regarding user growth. Far from the dire situation Plaintiff portrays, Reddit's optimism was justified, as the Company's earnings and stock price have continued to grow.

**Third**, Plaintiff fails to plead "loss causation" with respect to the purported "corrective disclosures" arising from analyst reports on May 2, 19 and 20, 2025. These disclosures were not "corrective" at all. They did not reveal any previously undisclosed information to the market, but rather reflected new developments and/or speculation about *future* impact—which are simply not corrective as a matter of law.

Throughout the Class Period and thereafter, Reddit has provided its investors with real-time information and its best thinking about the future. The Company has consistently posted strong results that have buoyed its stock price and put the lie to any assertion of securities fraud. Dismissal is warranted, with prejudice, as Plaintiff's theory is fundamentally ill-pleaded.

## BACKGROUND

### A.    The Reddit Defendants

Reddit is a global community of online communities organized around the shared interests of its members. AC ¶ 15. It is publicly traded on the New York Stock Exchange. *Id.* ¶ 7. Defendants are Steven Huffman, the co-founder and CEO; Jennifer Wong, COO; and Andrew Vollero, CFO. *Id.* ¶¶ 8-11.

### B.    Reddit's Business

Reddit derives the vast majority of its revenue from advertising sales. *Id.* ¶ 16. Reddit reports revenue, user growth, and monetization metrics quarterly, including "daily active unique" ("DAUq") and "average revenue per unique" ("ARPU"). *Id.* ¶ 17.[1] Both DAUq and ARPU grew

---

[1] DAUq identifies the number of users with unique identifiers who have visited Reddit at least once during a 24-hour period. Ex. 1 (Feb. 13, 2024 Form 10-K for FY 2024 ("10-K")) at 5. ARPU is the quarterly revenue in a given geography divided by the average DAUq in that geography. *Id.*

during the Class Period and thereafter (DAUq grew from 97.2 million in Q3 2024 to 110.4 million in Q2 2025; ARPU grew from $3.58 to $4.53).  Ex. 2 at 1, 6; Ex. 3 at 1, 6.

### C.      Reddit's Relationship With Google

A portion of Reddit's user traffic reaches the platform from search engines like Google; thus, updates by Google may have downstream effects on Reddit traffic.  *See id.* ¶¶ 18-23.  Both of these facts were widely recognized even before the start of the Class Period.  *See, e.g.*, AC ¶ 25 (citing Jonathan Vanian, *Reddit's increased reliance on Google traffic has Wall Street Anxious To See if Visitors Sign Up*, CNBC (Aug. 14, 2024) (Ex. 4)); *see also Anita Ramaswamy*, REUTERS, *Reddit Google searches 'how to make money'* (Mar. 13, 2024) ("Reddit's reliance on search engines, specifically … Google, poses a fundamental risk.") (Ex. 5).[2]

Reddit's public filings explicitly warn investors about the dynamic with Google and avenues for potential competition posed by large language models ("LLMs"):

- "Changes in internet search engine algorithms … could have a negative impact on traffic for our website and, ultimately, our business[.]" 10-K at 13.

- "We rely, in part, on internet search engines, *such as Google*, to generate traffic to our website … If a major search engine changes its algorithms in a manner that negatively affects the search engine ranking of our website … our business [and] prospects could be adversely affected." *Id.* at 17 (emphasis added).

- "[W]e face competition from [LLMs] *such as those built by Google* … Redditors may *choose to find information using LLMs* … instead of visiting Reddit directly." *Id.* at 16 (emphasis added); *see also id.* at 11 ("Some users are also turning to LLMs such as … Gemini.").

Reddit's public statements have never shied away from the fact that Google's updates can impact Reddit, or that individual updates may generate "volatility" or "chop" in DAUq growth:

- "[Google algorithm changes] come and they go. You never hear me celebrate an algorithm change or complain about it because they tend to wash out over time … We'll see where the algorithms go." (Ex. 8 at 6);

- "Look … with all of these algorithm changes[], we'll have to see when we see … We see some volatility in the … users as Google evolves and changes." (*id.* at 6, 7);

---

[2] *See also* Adam Clark, BARRON'S, *Reddit Earnings Got a Google Boost. Why That's Worrisome for the Stock* (May 8, 2024) (opining that Reddit must prove its "explosive growth isn't dependent on a Google algorithm change—because that could be susceptible to being reversed or altered") (Ex. 6); Sara Lebow, EMARKETER, *Reddit is at the top of Google Search results and growing ad revenues. Should marketers be taking note?* (Sept. 5, 2024) ("Google could change its algorithm at any time and alter Reddit's prominence in search results.") (Ex. 7).

- "Google is always evolving. In this AI era, they're doing a bunch of new stuff. I don't think they'll ever be done." (Ex. 9 at 8).

Just as these statements articulate, Google continuously updates its algorithm. For example, shortly after the start of the Class Period, Google implemented an update "[l]ate in Q4" 2024. *See* AC ¶ 38. As Reddit had warned was possible, these Q4 algorithm updates led to a temporary slowdown in DAUq growth, which was reflected in Reddit's YoY DAUq metrics for Q4 2024.[3] However, by the time of Reddit's Q4 2024 earnings call, DAUq had already "recovered." *Id.* ¶ 38. Meanwhile, Google continued its "implementation of new AI features" in 2025. *See, e.g.*, AC ¶ 54; *see id.* ¶ 55 (citing Wells Fargo report noting "accelerat[ion]").[4]

### D.    Reddit Reports on Q4 2024

On February 12, 2025, Reddit reported earnings and metrics for Q4 2024: $427.7 million reported revenue outperformed its quarterly revenue forecast of $385M-$400M (Ex. 2 at 2; Ex. 10 (Feb. 12, 2025 earnings release) at 1); and 101.7 million reported DAUq (39% YoY growth), narrowly missing market expectations of 103.1M by 1%.[5] *See* Ex. 11 (Feb. 12, 2025 Baird Report) at 1; Ex. 10 at 1. During Reddit's earnings call, Huffman explained that "[l]ate in Q4, we did experience some volatility from Google Search triggered by a periodic algorithm change," AC ¶ 38, noting that while he saw "no revenue impact" from the Q4 Algorithm Updates, Reddit expected to "see volatility from Google all the time[,] as does everybody." *Id.* ¶ 42.

### E.    Reddit Reports on Q1 2025

On May 1, 2025, Reddit reported earnings and metrics for Q1 2025: $392.4 million reported revenue outperformed its quarterly revenue forecast of $360-$370M (Ex. 10 at 2; Ex. 12 (May 1, 2025 earnings release) at 1); and 108.1 million reported DAUq (31% YoY growth), beating market

---

[3] *See, e.g.*, AC ¶¶ 38 ("Late in Q4, we did experience some ***volatility from Google Search triggered by a periodic* [Google] *algorithm change***, but traffic from search has recovered so far in Q1 and we've regained momentum. What happened wasn't unusual. Referrals from search fluctuate from time to time[.]"); 43 ("This [algorithm change] was particularly interesting because ***it really was a swing down but then a recovery shortly thereafter***"); 66 ("[W]e saw some chop at the end of Q4, but in Q1, we saw recovery, and we saw good momentum") (emphases added).

[4] *See also id.* ¶¶ 57 (citing Baird downgrade, reporting on "new developments in Google Search … just[] presented at the Google I/O developer conference"); 49 (Google "search ecosystem is under heavy construction").

[5] Reddit does not project DAUq in its public filings.

REDDIT'S NOTICE, MOTION & MPA ISO MOTION TO DISMISS          NO. 3:25-CV-05144-JD

expectations by 1%.  Ex. 13 (May 2, 2025 Deutsche Bank Report) at 2; Ex. 12 at 1.  The market reacted positively to Reddit's Q1 earnings report, jumping by up to 18.4% between the 4:00 pm E.T. report and Reddit's 5:00 pm E.T. earnings call.  Ex. 14.

During the earnings call, Huffman relayed his expectations about the effect of Google updates in the year ahead, explaining that Reddit "expect[ed] some bumps along the way from Google because we've already seen a few this year," and "given that the search ecosystem is under heavy construction, the near-term could be more bumpy than usual."  AC ¶ 49.  Huffman continued to pre-report what Reddit was then seeing in Q2: "To give you an early read on Q2 through … April, we're seeing total DAUs growing in the high-teens range year-over-year"—a slowdown from the 31% YoY growth from Q1 2024.  *Id*.  Reddit's stock price dropped in after-hours trading, *see* Ex. 14, and declined further on May 2.  Ex. 15.

### F.    May 2, 19 and 20 Analyst Reports

A series of analyst reports were released in May repeating Huffman's comments about Reddit's Q2 and near-term volatility from Google and speculating about the *future* impact of Google's "continued AI experimentation in Search."  *See* AC ¶¶ 52, 54-60; Exs. 13, 16-17.

### G.    Plaintiff's Claims

Plaintiff does not challenge Reddit's reported performance or user metrics, and largely ignores the Company's SEC filings in favor of a scattershot pleading targeting oral statements by Defendants Huffman and Wong during the Q3 2024 and Q4 2024 earnings calls, including:

- Accurate statements regarding the general effect of Google AI/algorithm updates on (i) Reddit's business (*id.* ¶¶ 33, 34, 35, 42) and (ii) the search traffic that reaches Reddit from Google (*id.* ¶¶ 30-32, 34, 38);

- Accurate statements regarding the specific effects of (i) the Q4 Algorithmic Updates on Reddit (*id.* ¶¶ 38, 42, 43) and (ii) the Q4 increase in search queries for the term "Reddit" (*id.* ¶¶ 38, 43); and

- Miscellaneous inactionable statements, including statements related to addressable markets/opportunities for user growth (*id.* ¶¶ 39, 40) and ARPU (*id.* ¶ 40).

*See also* Ex. A (chart, Plaintiff's alleged misrepresentations).  Plaintiff generically claims that these statements misled investors because Google's updates were "dramatically reducing traffic to Reddit" and rendered Reddit's "outlook on user rates and advertising revenues" false.  AC ¶¶ 36,

46.  In reality, Reddit continues to grow and was traded at $218.50 at the date of the AC—a 128% increase from May 21, 2025.  *See* Ex. 15.

## ARGUMENT

A securities fraud plaintiff must allege: "(1) a material misrepresentation or omission; (2) scienter; … and ([3]) loss causation."  *Valenti v. Dfinity USA Rsch. LLC*, 2025 WL 902031, at *1 (N.D. Cal. Mar. 25, 2025) (Donato, J.) (citations omitted).  It must also satisfy the "demanding" "dual pleading requirements of [FRCP] 9(b) and the PSLRA."  *Greenspan v. Qazi*, 2021 WL 2577526, at *6 (N.D. Cal. June 23, 2021) (Donato, J.) (citations omitted); 15 U.S.C. § 78u-4(b)(1)(B).

## I.     PLAINTIFF DOES NOT PLEAD AN ACTIONABLE MISREPRESENTATION

Fed. R. Civ. P. 9(b) requires Plaintiff to "state with particularity the circumstances constituting fraud or mistake"; that is, the "who, what, when, where, and how of the misconduct charged, as well as what is false or misleading about the purportedly fraudulent statement, and why it is false."  *Pauly v. Becker*, 2024 WL 628437, at *1 (N.D. Cal. Feb. 14, 2024) (Donato, J.) (citations omitted).  The PSLRA requires that the AC "specify each statement alleged to have been misleading, the reason or reasons why the statement is misleading, and … state with particularity all facts on which [plaintiff's information and belief] is formed."  *In re Zoom Sec. Litig.*, 2022 WL 484974, at *2 (N.D. Cal. Feb. 16, 2022) (citing 15 U.S.C. § 78u-4(b)(1)).

### A.     Plaintiff's Scattershot Pleading Is Plainly Deficient

Plaintiff alleges that block-quoted statements spanning ten paragraphs of the AC (¶¶ 31-35, 38-40, and 42-43) are misleading because:

> Defendants misstated and/or failed to disclose that (i) changes in Google Search's algorithm and features like AI Overview were causing users to stop their query on Google Search; (ii) these algorithm changes were materially different than prior instances of reduced traffic to the Reddit website; (iii) Defendants were aware that the increase in the query term "Reddit" on search engines was because users were getting the sought after answer from Google Search without having to go to Reddit, and not because they intended to visit Reddit; (iv) this zero-click search reality was dramatically reducing traffic to Reddit in a manner the Company was unable to overcome in the short term; (v) Defendants, therefore, lacked a reasonable basis for their outlook on user rates and advertising revenues.

AC ¶¶ 36, 46.  This scattershot pleading is plainly deficient.  Allegations that "lump together many challenged statements … without stating with particularity why each statement is false or

misleading" do not satisfy Plaintiff's burden. *In re Terravia Holdings Inc.*, 2020 WL 553939, at *5 (N.D. Cal. Feb. 4, 2020) (Donato, J.) (cleaned up); *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1070 (9th Cir. 2008) ("A litany of alleged [mis]statements, unaccompanied by … specific facts indicating why those statements were false" do not satisfy the PSLRA).

### B.     Reddit's Accurate Historical Reporting and Quarterly Forecasts Are Not Actionable

Plaintiff seems to criticize Reddit's reported earnings and user metrics but does not claim that they are false or misleading. AC ¶¶ 29, 37-38, 40, 42-43, 47-48. "[D]isclosure[s] of accurate historical data, [even when] accompanied by general statements of optimism … are not actionable." *See, e.g.*, *Monachelli v. Hortonworks*, 225 F. Supp. 3d 1045, 1055 (N.D. Cal. 2016); *Bodri v. GoPro, Inc.*, 252 F. Supp. 3d 912, 928 (N.D. Cal. 2017) ("[R]easonable investor would [not] take[] statements about past and present [pricing] as an objective assurance of future [] stability").

Plaintiff also implies that Reddit's "outlook on user rates and advertising revenues" was misleading, *see* AC ¶¶ 36(v), 46(v), but cannot specify how so. Plaintiff notably neglects to mention that Reddit exceeded its quarterly forecasts on revenue and continued to grow its user base in both Q4 2024 and Q1 2025.[6] Plaintiff cannot credibly claim statements that Reddit felt "very good about the [DAUq growth] pace that [they were] on in Q1" and had "started off Q1" "on a great foot … with[] search traffic" (AC ¶¶ 42-43) are false without specifically pleading that Reddit's Q1 DAUq did not actually recover from the Q4 Algorithmic Updates. Plaintiff has not done so here because Reddit's Q1 DAUq ***exceeded*** market expectations.[7]

### C.     Reddit's Google-Related Statements Are Not Actionable

The crux of Plaintiff's allegations appears to be that Reddit somehow "downplayed the changes in Google Search's algorithm and features like AI Overview"; "denied that these changes posed significant risk to Reddit[]"; and "misled investors about the threat[.]"  AC ¶ 28.  These

---

[6] Reddit projected revenue of $385M-$400M for Q4 2024 and reported actual revenue of $427.7M; DAUq grew 39% YoY. It projected revenue of $360-$370M for Q1 2025 and reported actual revenue of $392.4M; DAUq grew 31% YoY. *See supra* at p. 4.

[7] Even assuming *arguendo* that Reddit's outlook was inaccurate (*see* AC ¶¶ 35, 39, 40, 42, 43; Ex. A), it is protected under the PSLRA's safe harbor for forward-looking statements. *Police Ret. Sys. v. Intuitive Surgical, Inc.*, 759 F.3d 1051, 1058 (9th Cir. 2014).

assertions fall flat in the face of Reddit's actual disclosures of these Google risks.

**1.   Reddit Did Not Mislead Investors About Google-Related Risks; It Explicitly Warned of Such Risks, And Investors Were Well Aware**

A misrepresentation is only actionable if it creates "an impression of a state of affairs that differs in a material way from the one that actually exists." *Brody v. Transitional Hosps. Corp.*, 280 F.3d 997, 1006 (9th Cir. 2002). Additional disclosure is required only when necessary to make the "statements made, in the light of the circumstances under which they were made, not misleading." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1009 (9th Cir. 2018) (citations omitted). There must be "a substantial likelihood that the disclosure of the omitted fact would have been viewed by the reasonable investor as having significantly altered the 'total mix' of information made available." *Matrixx Initiatives, Inc. v. Siracusano*, 563 U.S. 27, 38 (2011) (internal citations omitted). This "total mix" includes information within the public domain and "facts known or reasonably available to the shareholders." *In re Textainer P'ship Sec. Litig.*, 2005 WL 3801596, at *6 (N.D. Cal. Dec. 12, 2005) (citation omitted).

Here, as discussed *supra* at p. 3, Reddit proactively disclosed the risks associated with Google AI and algorithmic updates *before and during* the Class Period. Even the challenged statements themselves acknowledge the "Google giveth, Google taketh" dynamic Plaintiff alleges Defendants concealed.[8] Defendants' statements did not downplay or deny risk in any way, and certainly cannot be found misleading in the context of Reddit's overall disclosures and market awareness of Google update risk. *See generally* Ex. A.

**2.   Reddit's General Statements About Google Are Not Actionable**

Plaintiff excerpts various statements by Defendants that address general updates to Google's algorithm. These statements are not actionable, both because Plaintiff has failed to state with particularity why each statement is false or misleading, and because none of the challenged statements is actually untrue or "downplays" the effect of Google updates. *See, e.g.*, ¶¶ 30-31, 33,

---

[8] *See, e.g.*, AC ¶¶ 33 ("It's true, the algorithm does kind of … give [to] us and take us away[.] So ***you'll never hear us celebrate or complain about an algorithm change***[.]"); 34 ("[W]e've seen their algorithm change a lot over the years, and of course, it always will … ***Some [changes] help, some hurt***."); 42 ("[W]e ***see volatility from Google all the time[,]*** as does everybody.") (emphases added).

REDDIT'S NOTICE, MOTION & MPA ISO MOTION TO DISMISS          NO. 3:25-cv-05144-JD

34, 35, 38, 42, 43; Ex. A.

***General effect of Google updates on Reddit's business:*** Defendants' statements concerning the general effect of Google updates—including that "the algorithm does kind of … give [to] us and take us away[.]  So you'll never hear us celebrate or complain about an algorithm change"; that "[s]ome [changes] help, some hurt"; and that "[Reddit] see[s] volatility from Google all the time[,]" AC ¶¶ 33, 34, 42—bear no relation to the expansive "theories" of fraud outlined at AC ¶¶ 36 and 46.  These statements actively rebut Plaintiff's narrative that Reddit downplayed the effect of Google on Reddit's business because they acknowledge this effect directly.  *See Turocy v. El Pollo Loco Holdings, Inc.*, 2016 WL 4056209, at *8 (C.D. Cal. July 25, 2016) (no misrepresentation where "allegedly omitted facts rendering the statements false were actually disclosed"); *McGovney v. Aerohive Networks, Inc.*, 2019 WL 8137143, at * 11 (N.D. Cal. Aug. 7, 2019) (no misleading statement where defendant "disclosed exactly what [p]laintiffs allege [it] omitted").

***General effect of Google's updates on the search traffic that visits Reddit from Google:*** Plaintiff has no basis to attack accurate statements that Reddit traffic from Google consists primarily of two classes of individuals—those "who go to Google with the intention of ending up on Reddit" (who "literally typ[e] the word Reddit into Google"), and those who "run[] maybe a more general search on Google and then end[] up on Reddit." AC ¶¶ 31-32, 38.  Plaintiff fails to plead how these statements *misled investors*; they do not "downplay" or "deny."

### 3.    Reddit's Specific Statements About Google's Q4 Algorithm Updates Are Not Actionable

Plaintiff also excerpts statements relating to Google's Q4 Algorithm Updates.  *See* AC ¶¶ 38, 42, 43; Ex. A.  These purported misrepresentations are not actionable because Plaintiff does not plead they are false and because they are measured and thus not misleading.

***Specific impact of Q4 Algorithm Updates on Reddit:*** The AC cites three paragraphs where Defendants identified that Reddit: "experience[d] [Q4] volatility from Google Search triggered by a periodic algorithm change, but traffic [had] recovered so far in Q1"; stated there was "no revenue impact," on Q1; and reported that Reddit "[felt] very good about the [DAUq] pace[] in Q1."  AC

¶¶ 38, 42, 43. Plaintiff does not plead how any of these statements were false.

Each of Huffman's statements that Reddit experienced a dip in search traffic in Q4 2024 related to Google Search volatility, but that search traffic had recovered in Q1 2025 (AC ¶¶ 38, 43), and that the Q4 Algorithmic Updates had "no revenue impact" (AC ¶ 42) are verifiably true, and Plaintiff does not plead otherwise. *See* Ex. A. Moreover, *none* of the identified statements "downplays" Google update risks—these statements acknowledge the potential impact, while accurately reporting that Q1 DAUq thereafter rebounded. Plaintiff pleads no facts showing Reddit's characterization of the Google dynamic was inaccurate in any way.

***Q4 increase in search queries for the term "Reddit":*** Plaintiff also claims that statements about a Q4 "increase in the query term 'Reddit'" as reflecting searchers' intent to end up on Reddit (*see* AC ¶¶ 38, 43; *see also* ¶ 31) were misleading because "Defendants were aware that the increase … was [due to] users … getting the sought after answer from Google Search without having to go to Reddit." *See* AC ¶¶ 36(iii), 46(iii). But Plaintiff pleads no basis for falsity other than its own *ipse dixit*, nor does it show that Defendants were aware of contrary information. *See Greenspan*, 2021 WL 2577526, at *6 (plaintiff must identify "statements that directly contradict what the defendant knew at that time," and "[m]isleading statements must be capable of objective verification.") (cleaned up); *Metzler*, 540 F.3d at 1070 (falsity prong "not satisfied by conclusory allegations" that misstatements "are *per se* false based on the plaintiff's allegations of fraud generally").

### D.    Miscellaneous "Misstatements" Challenged by Plaintiff Are Not Actionable

Plaintiff also attacks statements by Defendants that are so unrelated to Plaintiff's theory of fraud as to defy categorization. These miscellaneous statements are also inactionable.

***Statements related to addressable market/opportunities for user growth:*** Portions of AC ¶¶ 39 (describing potential for user growth generally) and 40 (describing potential for ARPU growth) bear no relation to Google's algorithm/AI updates, but are instead descriptive—such as Wong's February 2025 statement that she saw "opportunity to grow [ARPU] over time," AC ¶ 40— or are opinion statements regarding addressable markets and opportunities for user growth—such as "[w]e haven't come, I think[,] close to tapping out [growth] in the U.S.[.]" AC ¶ 39.

REDDIT'S NOTICE, MOTION & MPA ISO MOTION TO DISMISS                    NO. 3:25-CV-05144-JD

***ARPU-related statements:***  Plaintiff also incorrectly argues that it was misleading to say that Reddit doesn't "manage to ARPU" because "ARPU was a key metric for Reddit …, and a decline in users visiting the site would create pressures on ARPU."  AC ¶ 40-41.  This is incorrect for several reasons.  First, it is not misleading for Reddit to clarify that ARPU—which it discloses as a "key metric"—is not something that it "manage[s] to."  Reddit has repeatedly explained this distinction, including prior to the Class Period.[9]  Second, Plaintiff misunderstands ARPU: a decline in users (a lower denominator) with the same revenue would *increase* ARPU.

***Corporate optimism/puffery:***  Excerpts of the alleged misstatements—already inactionable for the reasons addressed above—are also inactionable puffery or corporate optimism.  *See* AC ¶¶ 32, 33, 34, 39, 40, 42, 43; Ex. A.  Huffman's views that Reddit "has great content" that "consumers want"; that Reddit had done an "excellent job" adapting to prior Google updates; that Huffman "[felt] good about the [Q1] pace"; and that Reddit had "started off Q1 on a great foot" (*id.* ¶¶ 33, 38, 42-43), are textbook examples of corporate optimism that cannot support a claim for securities fraud as a matter of law.  *See Wozniak v. Align Tech., Inc.*, 850 F. Supp. 2d 1029, 1036-37 (N.D. Cal. 2012) ("[W]e are very pleased with the learning from our pilot launch," "we are very pleased with our progress," and statements projecting "excellent results" inactionable puffery); *City of Royal Oak Ret. Sys. v. Juniper Networks Inc.*, 880 F. Supp. 2d 1045, 1064 (N.D. Cal. 2012) (statements that "our demand indicators are strong, our product portfolio is robust" inactionable corporate optimism).

## II.    PLAINTIFF FAILS TO PLEAD A STRONG INFERENCE OF SCIENTER

Courts in the Ninth Circuit "conduct a dual [scienter] inquiry," first evaluating "whether any of the plaintiff's allegations, standing alone, are sufficient to create a strong inference of scienter" and then "conduct[ing] a 'holistic' review of the same allegations to determine whether the [individual] allegations combine to create a strong inference of intentional conduct or deliberate recklessness." *Zucco Partners LLC v. Digimarc Corp.*, 552 F.3d 981, 992 (9th Cir. 2009).  A

---

[9] *See, e.g.*, Ex. 18 (Aug. 7, 2023 Q2 2024 AMAA Investor Relations Transcript) at 5 ("[W]e manage to revenue growth and user growth. And ARPU is just the math."); *see* Ex. 19 (Aug. 6, 2024 Q2 2024 Earnings Call Transcript) at 24 (similar); Ex. 20 (Oct. 29, 2024 Q3 2024 Earnings Call Transcript) at 11 (similar)).

complaint "cannot rely on 'mere motive and opportunity or recklessness, but rather, must state specific facts indicating no less than a degree of recklessness that strongly suggests actual intent.'" *Prodanova v. H.C. Wainwright & Co., LLC*, 993 F.3d 1097, 1108 (9th Cir. 2021) (citations omitted). Conclusory "he must have known" allegations are insufficient. *See Valenti*, 2025 WL 902031, at *2. Plaintiff falls far short of this exacting standard.

### A.    Plaintiff Fails to Allege Motive and Opportunity

"[S]imply establishing a 'motive to commit fraud' is insufficient" to plead scienter. *Greenspan*, 2021 WL 2577526, at *8 (citations omitted). However, "lack of a plausible motive" also "makes it much less likely that a plaintiff can show a strong inference of scienter." *Prodanova*, 993 F.3d at 1108 (citing *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 325 (2007)). "Only where a complaint otherwise asserts compelling and particularized facts showing [scienter] will we overlook the failure to allege a plausible motive." *Id.* Here, Plaintiff makes no specific motive allegations.

### B.    Plaintiff Fails to Allege Circumstantial Evidence of Scienter

Plaintiff alleges Defendants' own statements show knowledge that the "zero-click search reality" purportedly imposed by Google AI updates "was dramatically reducing traffic to Reddit," which was not conveyed to investors. AC ¶¶ 36, 65-68. To plead scienter based on this theory, Plaintiff must "allege contemporaneous facts in sufficient detail and in a manner that would create a strong inference that the alleged adverse facts were known at the time of the challenged statements." *In re Skechers USA, Inc. Sec. Litig.*, 2004 WL 1080174, at *6 (C.D. Cal. May 7, 2004) (citations omitted) ("vague allegations" and "conclusory statements" are not sufficient). But none of the identified statements indicates Defendants' purported knowledge that Google AI posed such an existential threat. At most, they indicate awareness that Google AI may have *an* effect on Reddit's ability to monetize search traffic—a risk that was repeatedly acknowledged. The AC therefore "fails to allege any facts showing that any defendant disbelieved either the information they [disclosed], or the optimistic opinions they expressed about [Reddit's] growth outlook." *In re HP Sec. Litig.*, 2013 WL 6185529, at *5 (N.D. Cal. Nov. 26, 2013).

Plaintiff's two "confidential witnesses"—(i) a former data scientist who reported that

Reddit's user and search metrics were "available to senior employees to view" in a platform, and (ii) a sales manager who reported that Reddit provided sales managers with "a Google Slides presentation outlining Reddit's talking points about the impact of Google's AI Overviews"—supply no additional support for scienter. AC ¶¶ 69, 70; *Police Ret. Sys*, 759 F.3d at 1063 (witness statements not supportive of scienter because "they do not detail the actual contents of the reports [defendants] purportedly … had access to … and the witnesses lack first hand knowledge regarding what … defendants knew or did not know"); *Dolly v. GitLab Inc.*, 2025 WL 2372965, at *14 (N.D. Cal. Aug. 14, 2025) (confidential witness's account that executives "attended company meetings" and were "regularly kept in the loop" "conflate[d] knowledge of the Company's business with knowledge of falsity" and "[was] no substitute for particularized facts"). Indeed, the AC does *not* allege that the materials identified by Plaintiff's witnesses showed "dramatically reduc[ed] traffic" to Reddit in a "manner the Company was unable to overcome in the short term," AC ¶¶ 36, 46, which is the linchpin of Plaintiffs' fraud theory. At most, they show that Reddit was tracking user traffic from Google and was aware that Google updates affected its user traffic, which is a fact Defendants shared freely. *See supra* at pp. 3-4; n.8.

### C.    The Balance of Inferences Supports a Finding of No Scienter

In evaluating scienter, "courts must take into account plausible opposing inferences." *In re Rigel Pharmaceuticals, Inc. Secs. Litig.*, 697 F.3d 869, 883 (9th Cir. 2012). The AC should be dismissed if "taken as a whole, [it does] not raise a 'strong inference' that misleading statements were knowingly or [with] deliberate recklessness made to investors." *Ronconi v. Larkin*, 253 F.3d 423, 429 (9th Cir. 2001) (abrogated on other grounds). An inference of scienter is "strong" only if "a reasonable person would deem [it] cogent and at least as compelling as any opposing inference one could draw from the facts alleged." *Tellabs*, 551 U.S. at 324. Here, no view of the allegations and facts, taken together, presents a view of scienter that meets the holistic *Tellabs* standard.

Plaintiff identifies *no* specific facts supportive of its theory that Defendants' "outlook on user rates and advertising revenues" (*see* AC ¶¶ 36(v), 46(v)) was misleading. Plaintiff pleads no motive, no unusual stock trades, and no specific facts suggesting that Reddit's executives feared Google updates would "dramatically reduc[e] traffic to Reddit." *Id.*

In reality, Defendants repeatedly warned investors about Google update risks, which investors were well aware of before the Class Period. Defendants also addressed specific Google updates during their earnings calls, providing real-time information to investors and their best expectations for upcoming quarters. In May 2025, when Defendants proactively cautioned investors about the potential impact of recent Google updates on the next quarter and year, the market reacted to this new negative information. This is not fraud. The only cogent explanation is that Defendants made appropriate and candid disclosures about the rapidly-evolving AI-search ecosystem while remaining optimistic about Reddit's ability to grow. This outlook has certainly proven true. *See* Ex. 15. The AC therefore fails to plead scienter. *Tellabs*, 551 U.S. at 314.

## III.     PLAINTIFF FAILS TO PLEAD LOSS CAUSATION

Plaintiff must also plead "loss causation" by establishing a causal connection between the fraudulent conduct and its economic loss. *Dura Pharms., Inc. v. Broudo*, 544 U.S. 336, 342 (2005). The typical route is to plead that "defendant's fraud was revealed to the market through one or more 'corrective disclosures' and that the company's stock price declined as a result." *In re BofI Holding, Inc. Sec. Litig.*, 977 F.3d 781, 786 (9th Cir. 2020).

### A.     The May 1 Earnings Call Is Not an Actionable Corrective Disclosure

Plaintiff argues that Reddit's May 1 earnings call was a "corrective event[,]" after which Reddit's stock price fell from $118.79 per share on May 1 to $113.83 per share on May 2, 2025. AC ¶¶ 47-53. But none of the information disclosed on the May 1 call was "corrective" because it was entirely new, without reference to prior statements. After its earnings report, Reddit's stock price initially rose. But then, following the May 1 earnings call, the market reacted to ***new information*** about April DAUq growth and ***forward-looking*** statements like Defendants' warning to stockholders of "bumpy" DAUq for the *year ahead*, and remarks that "given that the search ecosystem is under heavy construction, *the near-term could be more bumpy than usual*." *Id.* ¶ 50 (emphasis added).[10] A corrective disclosure "must 'relate back to the misrepresentation and not

---

[10] After-hours trading data confirms Reddit's stock price initially *rose* to $142.50 in the half hour after Reddit's Q1 2025 results were released. *See* Ex. 14. Reddit's stock only *fell* once the forward-looking news broke.

to some other negative information about the company.'" *Bonanno v. Cellular Biomedicine Grp., Inc.*, 2016 WL 4585753, at *3 (N.D. Cal. Sept. 2, 2016). It is not sufficient that the market reacts to new information that does not reveal a fraud. *In re Shoretel Inc. Sec. Litig.*, 2009 WL 248326, at *5 (N.D. Cal. Feb. 2, 2009) (report that "reveal[ed] nothing about what was … misrepresented" and instead showed "market [had] reacted to defendant's poor financial health" not corrective).

### B. The May 2 Deutsche Bank, May 19 Wells Fargo and May 20 Baird Analyst Reports Are Not Actionable Corrective Disclosures

Analyst reports from Deutsche Bank on May 2, Wells Fargo on May 19, and Baird on May 20 do not constitute "corrective disclosures." AC ¶ 63. No undisclosed "truth" is revealed by the repackaging of already-publicly available information, analysts' statements of opinions about the continued acceleration of Google AI/algorithm updates,[11] or reporting on entirely new events like what was "just … presented" at the Google I/O Developer conference on ***May 20, 2025*** (AC ¶ 57). *In re Nektar Therapeutics*, 2020 WL 3962004, at *18 (N.D. Cal. July 13, 2020) ("[T]he mere repackaging of already-public information by an analyst [is] simply insufficient to constitute a corrective disclosure") (citation omitted); *Bonanno v. Cellular Biomedicine Grp., Inc.*, 2016 WL 2937483, at *5 (N.D. Cal. May 20, 2016) (report containing "merely the opinions of the author" cannot "be categorically labeled as 'the truth'") (citation omitted); *Grigsby v. BofI Holding, Inc.*, 979 F.3d 1198, 1208 (9th Cir. 2020) (corrective disclosure "must at least relate back to the misrepresentation and not to some other negative information about the company").

## IV. PLAINTIFF FAILS TO STATE A CLAIM UNDER SECTION 20(A)

Plaintiff's Section 20(a) claim fails without a primary Section 10(b) violation. *See City of Dearborn Heights Act 345 Police & Fire Ret. Sys. v. Align Tech., Inc.*, 856 F.3d 605, 623 (9th Cir. 2017) ("[W]ithout 'a primary violation …,' Plaintiff cannot establish control person liability.").

### CONCLUSION

Defendants respectfully request that the Court dismiss the AC with prejudice.

---

[11] *See* Ex. 16 at 1-3 (recent traffic slowdown "***likely*** more permanent," because Wells Fargo "***believe[ed]***" that upgrades to Google AI were different than prior algorithmic updates, and that "***in [their] view***," they "***expect[ed]***" greater uncertainty as a result); Ex. 17 at 1 ("***belie[f]*** [that Google AI upgrades] could also have downstream impacts on [] user growth," which "***could*** lead to further negative pressure on Reddit's … user growth[.]") (emphases added).

REDDIT'S NOTICE, MOTION & MPA ISO MOTION TO DISMISS                    NO. 3:25-cv-05144-JD

Dated:  February 13, 2026

By: */s/ Stephen P. Blake*

STEPHEN P. BLAKE (Bar. No. 260069)
sblake@stblaw.com
SIMPSON THACHER & BARTLETT LLP
One Market Plaza, Suite 3800
San Francisco, California 94105
Telephone: (415) 426-7210
Facsimile: (415) 426-7301
Email: sblake@stblaw.com

*Attorneys for Defendants Reddit, Inc., Steven Huffman, Andrew Vollero, and Jennifer Wong*

REDDIT'S NOTICE, MOTION & MPA ISO MOTION TO DISMISS          NO. 3:25-CV-05144-JD