STEPHEN P. BLAKE (SBN 260069)
sblake@stblaw.com
LAURA K. LIN (SBN 281542)
laura.lin@stblaw.com
SARAH G. FORBES (SBN 347635)
sarah.forbes@stblaw.com
SIMPSON THACHER & BARTLETT LLP
One Market Plaza, Suite 3800
San Francisco, California 94105
Telephone: (415) 426-7210
Facsimile: (415) 426-7301

JONATHAN K. YOUNGWOOD (SBN 350373)
jyoungwood@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants Reddit, Inc., Steven
Huffman, Andrew Vollero, and Jennifer Wong*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH TAMRAZ, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REDDIT, INC., STEVEN HUFFMAN, ANDREW VOLLERO, and JENNIFER WONG, <br><br> Defendants. | Case No. 3:25-cv-05144-JD <br><br> **DECLARATION OF STEPHEN BLAKE IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br> Judge: Hon. James Donato <br><br> Date: May 21, 2026 <br> Time: 11:00 a.m. <br> Courtroom: 11 |

BLAKE DECLARATION ISO REDDIT'S REPLY ISO MOTION TO DISMISS        NO. 3:25-CV-05144-JD

**DECLARATION OF STEPHEN BLAKE**

I, Stephen Blake, declare as follows:

1.    I am a partner at the law firm Simpson Thacher & Bartlett LLP and counsel for Defendants Reddit, Inc., Steven Huffman, Jennifer Wong, and Andrew Vollero.  I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2.    Attached as **Exhibit 22** is a true and correct copy of the Pew Research Center report titled "*What Web Browsing Data Tells Us About How AI Appears Online*," dated May 23, 2025 and authored by Athena Chapekis, Anna Lieb, Sono Shah, and Aaron Smith.

3.    Attached as **Exhibit 23** is a true and correct copy of the Pew Research Center article titled "*Google Users Are Less Likely to Click on Links When an AI Summary Appears in the Results*," dated July 22, 2025 and authored by Athena Chapekis and Anna Lieb.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of April 2026, in San Francisco, California.

By:    _____

Stephen Blake

BLAKE DECLARATION ISO REDDIT'S REPLY ISO MOTION TO DISMISS    NO. 3:25-CV-05144-JD